UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

William Soler Jr. pro se
Plaintiff(s)

v.

Christopher T. Sununu, et al.
Defendant(s)

Case No. 1_20_CV_00517_PB

MOTION TO/FOR Stay the Amending of case until Attorney Appointed

(enter title of motion)

Please allow the amending of the case to be stayed until the appointment of an attorney.

Enter text of motion using numbered paragraphs (explain what you want the court to do). The field will expand as you type.

Date: 3/2/2022

*[Signature: William Soler Jr.]*
Signature

MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☑ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

USDCNH-101 (Rev. 2/26/13)

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☑ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

Date of Service: _____

Signature: _____
Name: _____
Address: _____
          _____
Phone: _____
Email: _____