**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

William Soler Justice

    v.                                                  Case No. 20-cv-517-PB

Christopher T. Sununu et al.

**O R D E R**

On February 28, 2022, the Court issued an Order (Doc. No.
20) granting Plaintiff William Soler Justice's request for
court-appointed counsel, "subject to the Court's ability to
identify a suitable lawyer who is willing to accept an
appointment to represent Mr. Soler in this case pro bono."  See
28 U.S.C. § 1915(e)(1)."  Doc. No. 20, at 3.  The Court has made
numerous inquiries with the attorneys registered to file
documents electronically in this Court with regard to this case
and, regrettably, has been unable to locate any attorney willing
to represent Mr. Soler pro bono in this matter.

If Mr. Justice is able to locate suitable counsel willing
to take this case on a pro bono basis, the Court will entertain
a motion to appoint that individual to represent Mr. Justice in
this matter.  Until then, Mr. Justice must continue to represent
himself.

Mr. Justice has previously requested that this Court stay
his deadline to object to the February 16, 2022 Report and
Recommendation (Doc. No. 15) ("R&R") pending in this case and

his deadline to file an amended complaint.  The stay in this case is now lifted.  The deadline for Mr. Justice to object to the R&R and to file an amended complaint in this matter is set for September 30, 2022.

    SO ORDERED.


_____
Andrea K. Johnstone
United States Magistrate Judge

August 23, 2022

cc:  William Soler Jr., pro se