FILED - USDC -NH
2022 NOV 14 PM 3:17

FROM: William S. Justice (fka) William Soler, Jr.
DATE: 11/11/22 (Fri.)

William S. Justice (fka) William Soler, Jr. Vs.
Christopher T. Sununu et al (case # 1:20-cv-517-PB)

THIS ADDENDUM TO BE ADDED TO THIS LAWSUIT

After this lawsuit was created by my former guardian, Wanda Duryea, a later crime(s) against William Justice (me) was (were) perpetrated by prison staff. The culprits were property c.o. Aaron Belanger and Sgt. Eric Barbaro. This incident took place on Thurs., April 09th, 2020. Other staff members that may have written reports about incident are c.o. Wrenn and nurse Nancy.

A letter 3 pgs. long written by Mr. Justice for the FBI about this ordeal (in details) is included with this Addendum. There are also 4 other related/supportive documents included with this Addendum.

The relief that Mr. Justice now seeks after you (judge—aka— HONORABLE one) reads the FBI letter (too, the other 4 documents), is that you will now feel compelled to hold those HOOLIGANS (correctional ofcs.) accountable, as it should be. Then lawfully and justifiably compensate the victim (Mr. Justice) to the fullest extent of the law. THANKS HONORABLE 1 and may Jesus continue BLESSING you!!!

William S. Justice (plaintiff/VICTIM)
51 Storrs Street, #310
Concord, NH 03301
(603)c 931-6357 or LL 230-2441



\83

04/30/20 (Thurs.)

Dear FBI:

My name is William Soler, Jr., I'm currently a vic-timized patient at the Secure Psychiatric Unit (the SPU) of the NH State Prison for Men, up in Concord, NH. I've been here since Tues., Feb 13th, 2018. Wanda Duryea (a NH Mental Health Advocate) had her husband file a lawsu of the U.S. District Court, right here in Concord, on my b half against the prison and the Office of Public Guardian (OPG), a couple of days ago (on Tues April 28th, 2020). If memory serves me correct, Wanda listed about 14 crimi nal counts that the prison and OPG colluded against me with since I've been here.

However, that lawsuit does not include the most recent crimes perpetrated by the prison and OPG, which took place on Thurs., April 09th, 2020, by correctional ofcs (c.o.s) Bela ger, Wrenn, and Barbara. Sgt. Barbara violated the 14th amen ment of the U.S. Constitution ("due process.") When he opte to have me lugged (sent) instantly to involuntarily secluded E. ward, which is also a violation of the NH patient Bill of Rights (No NH patient shall ever be subjected to involuntory s clusion.) Barbara would have none of it. He had me shipped imm diately to 23 hrs a day lockdown E ward after an incident b tween myself, c.o.s Belanger and Wrenn.

The incident between myself, ultra-sensitive Belanger on

C.O. Wrenn happened as me and Wrenn were exiting the medical exam room. Belanger was on the outside of the room when we crossed paths. He mumbled some jibberish about "Sister". That's when I asked him what his sisters name was. I repeated the question numerous times because it seemed like I'd "touched a nerve" or he "did not hear me or understand". That is when this sensitive Belanger claimed that I "was being disrespectful" and ordered then escorted me to lockdown. Wrenn was the one leading behind the both of us. I obeyed Belanger's command within the incident and locked down. An approx. hour later I was sent to E ward (in other words "lugged") without due process an incident (again) on Parboro's corrupt command. As a result I spent an approx. week on E ward then another week on F ward, which is also involuntarily seclusive. Corpora "Robert" Shapiro ill-advised me on a later date when he'd ceefully claimed that because I was a patient I'm "not entitled to due process", which was and is a bold-face lie. I will to Capt. Marshall about Shapiro's corrupt ways.

Now, back to Belanger. For a moment. On Friday night a labor Day Monday (when I got tortured by personnel) 2018 Belanger implied to me that I may have hurt his sister. Ist why back in 2002 Belanger almost ambushed me with the assistance of a white Kojak-Type C.O.! Is this also why they made him the property C.O. so that way he could go through my things or steal key items, which is exactly what he has done since numero items in my property have turned up missing, such as: (1) my personal journal (2) my postage stamps (3) my yellow legal notepads (blu...

3 of 3

I also told Marshall about ④ my spring package of items, which my parents paid for ⑤ my canteen ⑥ my Patient Bill of Right document etc.etc. Does it not sound unethical that the administrators chose Belanger to confiscate my property after a serious incident between he and I ? (But, that's what happened! I informed my new guardian (Eric Hansmier) all this then he responded by pretty much asking me to show him how to do his job by asking me what did I want him to do about it? I told him to protect my civil rights by filing a motion with the court and informing them that my rights have been repeatedly violated (hence, the 14 count lawsuit) and that I, Bill Soler, Jr., as a patient, am in harms way in this prison setting. I still have yet to hear from him.

The reason I am writing to you and then phoning you, is because I believe that at least one federal crime has been committed by this.... what else? Conspiracy! Granting you, the FBI, the right and jurisdiction to investigate ▇ The prison and OPG. PPPLLEASE do so. Thank you and may God BLE̅S̅ (Holy Trini

*William Soler Jr.*
"Bill" Soler, Jr. # 42507
SPU of NH State Prison
281 North State Street
P.O. Box 2828
Concord, NH 03302

Cc: Wanda Ouyea, Disability Rights Center (DRC)

## PATIENT
## ~~INMATE~~ REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM.  Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

TO:  Unit Supervisor, Security Lieutenant,  CC/CM          DATE: _04/16/20 (Thurs)_

FROM: _Soler, Jr._          _William_          _._          ID #: _42507_

| Last Name | First Name | Middle Initial | |
|---|---|---|---|
| _SPU_ | _E-ward_ | _10_ | _1st_ |
| Facility | Housing Unit | Cell | Work/Shift |

PATIENT
~~INMATE~~ REQUEST: _Dear Capt. Marshall: The time is approx. 2pm. I just got off the phone with my guardian, Mr. Eric Hansmier, about getting me freed from this prison. Can you save that recorded phone conversation for potential court purposes. THANK YOU & may THE Lord bless you!!! (H)_

(If you need more space, use plain paper.)                    _William Soler Jr._
                                                             Inmate Signature

TO: _CAPT. MARSHALL_                              DATE: _04/16/20 (Thurs)_

FROM: Unit Supervisor, Security Lieutenant or CC/CM

REMARKS: _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

                                                             Staff Signature

FROM: _Capt. Marshall_                          DATE: _4/22/2020_
       Staff Member Name/Office

REMARKS: _Only an order from the court can obtain your phone calls for investigative purposes._

                                                             _Capt._
                                                             Staff Signature

Received By _____
                                                             Inmate Signature

White - Offender Records Office       Yellow - Inmate       Pink - Staff       SP-014 (a) Rev. 11/06

SEE INSTRUCTIONS ON REVERSE SIDE

## RESIDENT REQUEST SLIP

DATE: _04/23/20 (Thurs_

**1**

TO: _C.O. Belanger_

FROM: _Soler, Jr._ ___William___ _____

LAST NAME   FIRST NAME   MIDDLE INITAL

_F_ _17_

WARD   RM #

**REMARKS:**

Thank YOU for getting me the book, How to Start Your Own
Medical Billing Service by Entrepreneur Press, that my
BELOVED niece (Tiavaliz) ordered for me from Amazon in
such an expedited manner (thanks, it much APPRECIATED
Belanger). Now, I would also appreciate back my personal
journal (black & white composition notebook) that houses
my most intimate of thoughts. Please Belanger returns
that for me. THANKS & may God BLESS !!! (amen).

(HT)

_William Soler Jr._

RESIDENT'S SIGNATURE

**2**  THRU CUSTODY - Yellow copy for delivery to Resident - White copy to medical records for file.   DATE: _4-28_

TO:   **RESIDENT** _Mr Soler_   **WARD** _____   **RM #** _____

FROM: _C.O. Belanger_

**REMARKS:** _Mr Soler, you have all of your property_
_that was removed from your cell on H-wing_
_I do not have anything else. your cell was very_
_messy when you were moved. I will speak to_
_you about this more_   _C.O. Belanger_

STAFF SIGNATURE

SEE INSTRUCTIONS ON REVERSE SIDE

**RESIDENT REQUEST SLIP**

DATE: _04/24/20(Fri,_

**1** TO: _C.O. Belanger_

FROM: _Soler, Jr._ _____ _William_ _____
        LAST NAME          FIRST NAME        MIDDLE INITAL

_H_ _____ _5_
WARD        RM #

REMARKS: _Just a gentle final reminder to return my personal journal THANK_
_and may God BLESS!!! →_
_(HT)_

_William Soler Jr._
RESIDENT'S SIGNATURE

**2**   THRU CUSTODY - Yellow copy for delivery to Resident - White copy to medical records for file.

DATE: _1-28-20_

TO: RESIDENT _Soler_ _____ WARD _____ RM #

FROM: _B. Lemer_

REMARKS: _Mr Soler I dont have anything else_
_of yours._

STAFF SIGNATURE

**3** ACKNOWLEDGEMENT - Resident retains Yellow copy with reply

DATE: _04/28/20 (Tues.)_

_William Soler Jr._
RESIDENT'S SIGNATURE

TO MEDICAL RECORDS FOR FILE - White Copy
RESIDENT RETAIN - Yellow Copy

SPU6
REV. 9/91

## PATIENT ~~INMATE~~ REQUEST SLIP

Submit this request to the Unit Supervisor, Security Lieutenant, or CC/CM. Your Unit Supervisor, Security Lieutenant, or CC/CM will help you resolve the issue or it will be forwarded to the appropriate person. Unit Supervisor, Security Lieutenant, or CC/CM will be forwarded to you.

**TO:** Unit Supervisor, Security Lieutenant, CC/CM    **DATE:** 04/15/20 (We

**FROM:** Soler, Jr.    William    _____    **ID #:** 42507

Last Name    First Name    Middle Initial

SPU    ~~E~~ E-ward    10    2nd

Facility    Housing Unit    Cell    Work/Shift

**PATIENT ~~INMATE~~ REQUEST:** Dear Ms. Christine O'Connor: Can you notify my guardian, Eric Hansmi and inform him that corrupt Sargeant Barbaro and corrupt correctional ofc. Belanger have violated my constitutional right by not granting me "due process" for the Thurs, April 09th, 2020 incident between myself and ho Belanger and Wrenn. Furthermore, they continue on violating my other right by lugging me from H ward down to 23hd day lockdown and involuntarily seclusive E ward, which according to the Patient Bill of Rights, it is unlawful to kee NH patient involuntary secluded. It is believed that Barbaro was trying to stall the inevitable (a lawsuit that NH M Health Advocate, Wanda Duryea was going to file on my behalf against the prison). They confiscated my property but only a very small portion of it. Numerous pages to the lawsuit that I had on my H cellphon turned up missing when it returned to me (no doubt stolen by hooligan Belanger since he is the property c.o.). He also stole my 3 books of stuff Ms. O'Connor please contact my guardian asap and tell him that I am suffering needlessly. Ask him to protect my rights as I have written to Capt. Marshall about Barbaro, Belanger and Wrenn's corrupt ways. Esp. about Barbaro cunningly and malicious name change (Barbaro) on his tag to correlate w/ my nephews former hobby/profession

(If you need more space, use plain paper.)    May God BLESS you O'Connor (amen!!!)    **Inmate Signature** William Soler Jr.

**TO:** Ms. Christine O'Connor (SW)    **DATE:** 04/15/20 (Wec

**FROM:** Unit Supervisor, Security Lieutenant or CC/CM

**REMARKS:** Fwd to Cpt Marshall

Co McLen

**Staff Signature**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FROM:** Christine O'Connor    **DATE:** 4/16/2020

Staff Member Name/Office

**REMARKS:** I am photo copying this request and sending it to Eric Hansmeier. All of your drawings are safe + will be returned to you. When you moved to ATC status not all of your property is allowed.

Christine O'Connor

**Staff Signature** 04/20/20

**Received By** William Soler Jr.

**Inmate Signature**

White - Offender Records Office    Yellow - Inmate    Pink - Staff    SP-014 (a) Rev. 11/06