UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
William Soler (Justice),              *
                                      *
              Plaintiff,              *
       v.                             *   Civil No. 1:20-CV-00517-PB
                                      *
Christopher T. Sununu, et al.,        *
                                      *
              Defendants.             *
                                      *
*************************************
```

## MOTION FOR CLARIFICATION

NOW COME, Defendants, Commissioner Helen Hanks, Director Paula Mattis, Deborah Robinson, and Carlene Ferrier, by and through their counsel, the New Hampshire Office of the Attorney General, hereby seek clarification as to the status of Defendants identified in the Court's January 12, 2023 order: "Commissioner Hanks, Director Mattis . . . , Ms. Robinson, [and] Ms. Ferrier," whom were noted as being dismissed from the matter. The order collaterally approved the Amended Report and Recommendation of December 2, 2022, which similarly dismissed these Defendants. ECF No. 31; 29 at "Conclusion" ¶3.  However, the Court's Order directing Service of December 2, 2022 directed service on the above named Defendants. Defendants seek clarity as to the status of the claims against them.  Whereby, Defendants request that the Court issue an order confirming that the claims against them have been dismissed. To the extent the claims have not been dismissed, the Defendants request that a deadline to respond to the complaint be extended to twenty-one days from said clarification.

WHEREFORE, Defendants respectfully requests that this Honorable Court:

A. Clarify the status of the claims against Defendants Commissioner Helen Hanks, Director Paula Mattis, Deborah Robinson, and Carlene Ferrier;

B. To the extent those claims remain, Order that the deadline by which Defendants must file the response to Plaintiff's Complaint be twenty-one days after the Court's Order so clarifying; and

C. Grant further relief as it deems just.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | HELEN HANKS, PAULA MATTIS, DEBORAH ROBINSON, CARLENE FERRIER |
|  | By their attorneys, JOHN FORMELLA, ATTORNEY GENERAL |
| Dated: February 6, 2023 | /s/ Lawrence P. Gagnon<br>Lawrence P. Gagnon, Bar #271769<br>Assistant Attorney General<br>N.H. Department of Justice (Civil Bureau)<br>33 Capitol Street<br>Concord, NH 03301-6397<br>(603) 271-3650<br>lawrence.p.gagnon@doj.nh.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Clarification was sent via the court's electronic filing service and via USPS First class mail to Plaintiff at:

51 Storrs Street
Concord, NH 03301

/s/ Lawrence P. Gagnon
Lawrence P. Gagnon