UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

William Soler Justice

   v.                                            Case No. 20-cv-517-PB

Christopher T. Sununu

**O R D E R**

On November 2, 2023, the Court ordered Plaintiff William Soler Justice to "provide the Court with a new completed summons for [Defendant Nathaniel] Seabron, which includes an address where that defendant can be served, by December 1, 2023." Doc. No. 82, at 2. Mr. Justice has now filed a completed summons form for Mr. Seabron with a new address. See Doc. No. 86.

Using that new summons, the Clerk's office is directed to complete that summons as necessary, and to forward the summons, along with copies of Document Nos. 1, 16, 23, 27, 29-31, 35, 38, 40, 42, 44, 46, 47, 49, 50, 52, 63, 76, 82; copies of the endorsed orders dated: December 2, 2022 and June 8, 2023 (regarding Doc. No. 38) and August 9, 2023 (regarding Doc. No. 63); and a copy of this Order, to the United States Marshals Service for the District of New Hampshire ("USMS").

The USMS is directed, upon receipt of those materials, to serve Defendant Nathaniel Seabron in accordance with this Order and Fed. R. Civ. P. 4(c)(3) and 4(e).

Mr. Seabron is directed to answer or otherwise plead within twenty-one days of service.  <u>See</u> Fed. R. Civ. P. 12(a)(1)(A).

SO ORDERED.

_____
Andrea K. Johnstone
United States Magistrate Judge

November 17, 2023

cc:  William Soler Justice, pro se
     Stephen J. Soule, Esq.
     Catherine Denny, Esq.