U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| William Soler Justice | 20-cv-517-PB |
| DEFENDANT | TYPE OF PROCESS |
| Governor, NH State of, et al | See Service Order |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nathaniel P. Seabron
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
816 Brawley School Rd., Mooresville, NC 28117

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clerk's Office
U.S. District Court for the District of New Hamshire
55 Pleasant Street
Concord, NH 03301-3941

Number of process to be served with this Form 285:
Number of parties to be served in this case: 1
Check for service on U.S.A.

RECEIVED NOV 17 2023 U.S. MARSHALS SERVICE

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 603 225-1423
DATE: 11/17/23

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 24
District of Origin No. 49
District to Serve No. 58
Signature of Authorized USMS Deputy or Clerk: Adele Duchesneau
Date: 11/21/23

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 11/17/23    Time: 3:20 pm

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | | | | | $0.00 |

REMARKS: Business address - Individual did not work @ any of the business's. 48 miles roundtrip

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-CV-00517-PB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☑ I returned the summons unexecuted because  not associated w/ address  ; or

☐ Other *(specify)*:

My fees are $ 65.00 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/27/2023

Server's signature: [signature]

Printed name and title: DUSM Thomas M Weeks

Server's address: 401 W. Trade St. Charlotte, NC 28202

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
District of New Hampshire

William Soler Justice Pro se

        *Plaintiff(s)*

v.

Christopher T. Sununu, et al

        *Defendant(s)*

Civil Action No. 1:20-CV-00517-PB

**RECEIVED**
**NOV 17 2023**
**US MARSHALS SERVICE**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nathaniel P. Seabron
816 Brawley School Rd.
Mooresville NC 28117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William Justice
51 ~~55~~ Storrs St #310
Concord, NH 03301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 17, 2023

DANIEL J. LYNCH, Clerk

By: /s/ Lianne Wagner, Deputy Clerk

Nov 17, 2023

with ECF Notice attached.