**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

<u>William Soler Justice</u>

      v.                                        Case No. 20-cv-517-PB

<u>Christopher T. Sununu</u>

**O R D E R**

    Plaintiff William Soler Justice has filed a new summons for Defendant Nathaniel P. Seabron.  <u>See</u> Doc. No. 92-1, at 3-6.  The Clerk's office is directed to issue that summons, and to forward the summonses, along with copies of Document Nos. 1, 16, 23, 27, 29, 30, 31, 34, 35, 38, 40-44, 46-48, 63, 82, 85, 87, the endorsed orders dated December 2, 2022, June 8, 2022 (regarding Doc. No. 38), August 9, 2023 (regarding Doc. No. 63), November 16, 2023 (regarding Doc. No. 85), and this Order, to the United States Marshals Service for the District of New Hampshire ("USMS").

    The USMS is directed, upon receipt of those materials, to effect service on Seabron in accordance with this Order and Fed. R. Civ. P. 4(c)(3) and 4(e).

    Seabron is directed to answer or otherwise plead within twenty-one days of service.  <u>See</u> Fed. R. Civ. P. 12(a)(1)(A).

SO ORDERED.

Andrea K. Johnstone
United States Magistrate Judge

December 28, 2023

cc:  William Soler Justice, pro se
     Catherine Denny, Esq.
     Stephen J. Soule, Esq.