UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

William Soler Justice Pro se

Plaintiff(s)

v.

Case No. 1:20-CV-00517-PB

Christopher T. Sununu, et al.

Defendant(s)

FILED - USDC -NH
2024 FEB 12 PM 4:32

MOTION TO/FOR injunction to prevent placing civilly committed in SPU

> PLAINTIFF REQUESTS TO REINSERT request for injunction to prevent the state of NH from placing civilly committed non-convicted patients in NHDOC SPU. At the time of the R&R Plaintiff believed his Conditional Discharge(CD) would expire, however the state of NH has renewed the CD.
>
> It has become public that NH has no competency restoration. Therefore this issue is capable of repetition yet evading review. Plaintiff at anytime in the next 4 years can be returned to SPU, despite the lack of any program to restore his competency. The recent charging of a corrections officer with the murder of a patient in SPU clearly shows it is unsafe, inadequate and not therapeutic
>
> Wherefore plaintiff prays the injunction request be reinstated to this lawsuit..

Date: 02/12/2024 (Mon)

_William Justice_
Signature

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☒ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☒ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

> The federal courthouse on 55 Pleasant St. / Concord, NH 03301

Date of Service: 02/12/24 (Mon.)

Signature: *William S. Justice*
Name: William S. Justice
Address: 51 Storrs Street, #310
Concord, NH 03301

Phone: 603-931-6357
Email: gentlegiant03301@yahoo.com