RECEIVED - USDC -NH
2024 FEB 22 AM 10:21

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

William S. Justice, Pro Se   vs. Christopher T. Sununu, et al
   Plaintiff(s)                       Defendant(s)

Case No. 1:20-CV-00517-PB   DATE: 02/19/24 (Mon.)

## MOTION FOR PLAINTIFF TO RETAIN CELL PHONE WITHIN COURTHOUSE

Plaintiff is acting Pro Se and therefore requests to retain his cell phone within the courthouse as the lawyers are permitted to do so. Plaintiff agrees to silence his phone and follow any other rules (if any). Thank you & God BLESS YOU (HONORABLE one).

This is the relief that the Plaintiff seeks from this HONORABLE Court.

Yours truly,

*William S. Justice*
William S. Justice

William S. Justice
15 Pitman Street, #516
Concord, NH 03301

MANCHESTER NH 030
20 FEB 2024 PM 2 L

U.S. DIST. COURTHOUSE (NH)
55 Pleasant Street
Office of Clerk of Court, Rm. 110
Concord, NH 03301

Attn. Jennifer Bartlett (fka) Jennifer Sukov