UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| William Soler Justice, | \* |
| | \* |
| Plaintiff, | \* |
| v. | \*   Civil No. 1:20-cv-00517-PB |
| | \* |
| Christopher T. Sununu, et al., | \* |
| | \* |
| Defendants. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

Please enter the Appearance of Nathan W. Kenison-Marvin (New Hampshire Bar Number 270162) as counsel for defendants Helen Hanks, Paula Mattis, Deborah Robinson, Carlene Ferrier, Frank Logan, III, Joshua Deblois, and Randal Carver,

Dated: February 26, 2024          */s/ Nathan W. Kenison-Marvin*
                                   Nathan W. Kenison-Marvin, Bar No. 270162
                                   Assistant Attorney General
                                   Civil Litigation Unit
                                   NH Department of Justice
                                   1 Granite Place South
                                   Concord, NH 03301
                                   Nathan.w.kenison-marvin@doj.nh.gov
                                   (603) 271-3650


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by ECF to counsel of record and was mailed to Plaintiff at 51 Storrs St., #310, Concord, NH 03301 on the morning of February 27, 2024.


Dated: February 26, 2024          */s/ Nathan W. Kenison-Marvin*
                                   Nathan W. Kenison-Marvin