UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| William Soler Justice, | \* |
| | \* |
| Plaintiff, | \* |
| v. | \*   Civil No. 1:20-cv-00517-PB |
| | \* |
| Christopher T. Sununu, et al., | \* |
| | \* |
| Defendants. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
_____

### NOTICE REGARDING ACCEPTANCE OF SERVICE
_____

This filing is to notify the Court that the New Hampshire Department of Justice, Office of the Attorney General ("AGO"), is authorized to and does accept service of this action on behalf defendants Benjamyn Carver and Page Kimball.  Consistent with the Federal Rules of Civil Procedure, the AGO reserves the defendants' rights to raise any and all defenses and objections on their behalf, including jurisdictional and immunity-based defenses.  *See* Fed. R. Civ. P. 4(d).

        Respectfully submitted,

        NEW HAMPSHIRE DEPARTMENT OF
        JUSTICE, OFFICE OF THE ATTORNEY
        GENERAL

        By its attorney,

        JOHN M. FORMELLA
        ATTORNEY GENERAL

Dated: May 13, 2024        /s/ Nathan W. Kenison-Marvin
        Nathan W. Kenison-Marvin, Bar No. 270162
        Assistant Attorney General
        Office of the Attorney General
        NH Department of Justice
        1 Granite Place South

Concord, NH 03301
(603) 271-3650
nathan.w.kenison-marvin@doj.nh.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent by ECF to counsel of record and is being conventionally mailed to Plaintiff at 51 Storrs St., #310, Concord, NH 03301 on the morning of May 14, 2024.  I further certify that I am sending a copy of the foregoing to Plaintiff by electronic mail this day.

Dated: May 13, 2024                              */s/ Nathan W. Kenison-Marvin*
                                                    Nathan W. Kenison-Marvin