USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

William Soler Justice
*Plaintiff*
v.
Christopher T. Sununu, et al.
*Defendant*

Case No. 1:20-cv-00517-PB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Benjamyn Carver and Page Kimball

Date: 05/24/2024

/s/ Samuel R. V. Garland
*Attorney's signature*

Samuel R.V. Garland #266273
*Printed name and bar number*

1 Granite Place South
Concord, NH 03301
*Address*

Samuel.RV.Garland@doj.nh.gov
*E-mail address*

(603) 271-3650
*Telephone number*

*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All Counsel of record.

Conventionally Served:

William Soler Justice, 51 Storrs St., #310, Concord, NH 03301

05/24/2024
Date

/s/ Samuel R.V. Garland
Signature

Print

Save As...

Reset