UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| William Soler Justice, | \* |
| | \* |
| Plaintiff, | \* |
| v. | \*   Civil No. 1:20-cv-00517-PB |
| | \* |
| Christopher T. Sununu, et al., | \* |
| | \* |
| Defendants. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ASSENTED-TO MOTION FOR DEFENDANTS' COUNSEL TO
APPEAR BY VIDEO FOR THE JUNE 11, 2024, STATUS CONFERENCE**

Defendants Helen Hanks, Paula Mattis, Deborah Robinson, Carlene Ferrier, Frank Logan, III, Joshua Deblois, Benjamyn Carver, and Page Kimball, by and through the New Hampshire Office of the Attorney General as counsel, hereby request with Plaintiff's assent that Defendants' undersigned counsel be permitted to appear by video for the June 11, 2024, status conference scheduled in his matter. In support of this request, Defendants state the following:

1. In May 2024, Defendants' undersigned counsel experienced a significant and unexpected medical event. As a result of that event, the undersigned's driving privileges under New Hampshire law are presently restricted for an indefinite period.

2. The undersigned lives approximately fifty-miles from Concord, New Hampshire, and due to the foregoing is not able drive himself to Concord to appear in person at the status conference that is scheduled for 3:00 PM on June 11, 2024.

3. The undersigned accordingly requests on behalf of Defendants that the Court permit him to appear by video for the June 11, 2024, status conference.

4. Plaintiff has informed the undersigned that he assents to the relief requested herein.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A. Permit Defendants' counsel to appear by video for the June 11, 2024, status conference; and

B. Grant any further relief as justice so requires.

Respectfully submitted,

COMMISSIONER HELEN HANKS, PAULA MATTIS, DEBORAH ROBINSON, CARLENE FERRIER, FRANK LOGAN, III, JOSHUA DEBLOIS, BENJAMYN CARVER, & PAGE KIMBALL

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: June 10, 2024

*/s/ Nathan W. Kenison-Marvin*
Nathan W. Kenison-Marvin, Bar No. 270162
Assistant Attorney General
Catherine A. Denny, Bar No. 275344
Assistant Attorney General
NH Department of Justice
1 Granite Place South
Concord, NH 03301
nathan.w.kenison-marvin@doj.nh.gov
catherine.a.denny@doj.nh.gov
(603) 271-3650

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing was conventionally mailed to Plaintiff at 51 Storrs St., #310, Concord, NH 03301.

Dated: June 10, 2024

*/s/ Nathan W. Kenison-Marvin*
Nathan W. Kenison-Marvin