USDC(NH) 1:20-cv-00517-PB (Soler)
Privilege Log

1:20-cv-00517-PB

| Bates Start | Bates End | Filename | Custodian/Author | Date Sent | Author - From | Recipient - To | Cc/Bcc | Subject/Thread Line | Application/Privilege Asserted | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_0232 | DOC_0233 | discoverable - attorney client communication.msg | Deborah Robinson | 16-Apr-20 | Deborah Robinson | Christine O'Connor | Erik Bal | discoverable - attorney client communication | Attorney-Client Communication | Confidential communication involving legal advice communicated from Attorney Erik Bal to Deborah Robinson concerning email communications involving certain types of content. |
| DOC_0238 | DOC_0242 | FW_10_30 tomorrow_ WS.msg | Deborah Robinson | 17-Jun-20 | Teresa Quint | Eric Hansmeier, Garrett Graves, Deborah Robinson | Chirstine O'Connor | 10:30 tomorrow? WS | Safety/security | Email containing description of information related to confidential security considerations the disclosure of which creates a reasonable risk of harm to the safety and security of residents, staff, and the public. |
| DOC_0234 | DOC_0237 | FW_10_30_ tomorrow.msg | Deborah Robinson | 17-Jun-20 | Teresa Quint | Eric Hansmeier, Garrett Graves, Deborah Robinson | Chirstine O'Connor | 10:30 tomorrow? WS | Safety/security | Email containing description of information related to confidential security considerations the disclosure of which creates a reasonable risk of harm to the safety and security of residents, staff, and the public. |
| DOC_0275 | DOC_0278 | FW_ Subpoena.msg | Deborah Robinson | 29-Jan-20 | Heather Wood | Erik Bal | Wendy Martin, Deborah Robinson | Subpoena | Attorney-Client Communication | Confidential communication seeking legal advice communicated from Heather Wood to Attorney Erik Bal concerning release of medical records. |
| DOC_0275 | DOC_0278 | FW_ Subpoena.msg | Deborah Robinson | 5-Feb-20 | Erik Bal | Heather Wood | Wendy Martin, Deborah Robinson | RE: Subpoena | Attorney-Client Communication | Confidential communication involving legal advice communited from Attorney Erik Bal to Heather Wood concerning release of medical records. |
| DOC_0279 | DOC_0283 | FW_thoughts regarding issue - attorney client communication (1).msg | Deborah Robinson | 16-Apr-20 | Deborah Robinson | Christine O'Connor, Eric Hansmeier, David Choi, Erik Bal | Wendy Martin | thoughts regarding issue - attorney client communication | Attorney-Client Communication | Confidential communication seeking legal advice from Attorney Erik Bal regarding possible actions to take regarding plaintiff's phone privileges under circumstances of concern about negative impact on plaintiff's best interests. |
| DOC_0284 | DOC_0288 | FW_thoughts regarding issue - attorney client communication (2).msg | Deborah Robinson | 16-Apr-20 | Deborah Robinson | Christine O'Connor, Eric Hansmeier, David Choi, Erik Bal | Wendy Martin | thoughts regarding issue - attorney client communication | Attorney-Client Communication | Confidential communication seeking legal advice from Attorney Erik Bal regarding possible actions to take regarding plaintiff's phone privileges under circumstances of concern about negative impact on plaintiff's best interests. |
| DOC_0289 | DOC_0292 | FW_thoughts regarding issue - attorney client communication (3).msg | Deborah Robinson | 16-Apr-20 | Deborah Robinson | Christine O'Connor, Eric Hansmeier, David Choi, Erik Bal | Wendy Martin | thoughts regarding issue - attorney client communication | Attorney-Client Communication | Confidential communication seeking legal advice from Attorney Erik Bal regarding possible actions to take regarding plaintiff's phone privileges under circumstances of concern about negative impact on plaintiff's best interests. |
| DOC_0293 | DOC_0296 | FW_thoughts regarding issue - attorney client communication (4).msg | Deborah Robinson | 16-Apr-20 | Deborah Robinson | Christine O'Connor, Eric Hansmeier, David Choi, Erik Bal | Wendy Martin | thoughts regarding issue - attorney client communication | Attorney-Client Communication | Confidential communication seeking legal advice from Attorney Erik Bal regarding possible actions to take regarding plaintiff's phone privileges under circumstances of concern about negative impact on plaintiff's best interests. |
| DOC_0297 | DOC_0299 | FW_thoughts regarding issue - attorney client communication (5).msg | Deborah Robinson | 16-Apr-20 | Deborah Robinson | Christine O'Connor, Eric Hansmeier, David Choi, Erik Bal | Wendy Martin | thoughts regarding issue - attorney client communication | Attorney-Client Communication | Confidential communication seeking legal advice from Attorney Erik Bal regarding possible actions to take regarding plaintiff's phone privileges under circumstances of concern about negative impact on plaintiff's best interests. |
| DOC_0300 | DOC_0304 | FW_thoughts regarding issue - attorney client communication.msg | Deborah Robinson | 16-Apr-20 | Deborah Robinson | Christine O'Connor, Eric Hansmeier, David Choi, Erik Bal | Wendy Martin | thoughts regarding issue - attorney client communication | Attorney-Client Communication | Confidential communication seeking legal advice from Attorney Erik Bal regarding possible actions to take regarding plaintiff's phone privileges under circumstances of concern about negative impact on plaintiff's best interests. |
| DOC_2688 | DOC_2689 | NHH and SPU Quarterly Meeting agenda 10.8.19.docx | Deborah Robinson | | | | | | NHH and SPU Quarterly Meeting Minutes 10/7/19 NHH Batchelder Conference Room | Attorney-Client Communication | Confidential communication of NHH Legal Counsel Lyn Mitchell providing legal advice concerning patient movement. |

USDC(NH) 1:20-cv-00517-PB (Soler)
Privilege Log

1:20-cv-00517-PB

| DOC_2692 | DOC_2693 | NHH and SPU Quarterly Meeting minutes 10.8.19.docx | Deborah Robinson | | | | | NHH and SPU Quarterly Meeting Minutes 10/7/19 NHH Batchelder Conference Room | Attorney-Client Communication | Confidential communication of NHH Legal Counsel Lyn Mitchell providing legal advice concerning patient movement. |
|---|---|---|---|---|---|---|---|---|---|---|
| DOC_2734 | DOC_2736 | Re_ 10_30 tomorrow_ WS (5).msg | Deborah Robinson | 17-Jun-20 | Teresa Quint | Eric Hansmeier, Garrett Graves, Deborah Robinson | Chirstine O'Connor | 10:30 tomorrow? WS | Safety/security | Email containing description of information related to confidential security considerations the disclosure of which creates a reasonable risk of harm to the safety and security of residents, staff, and the public. |
| DOC_2722 | DOC_2726 | Re_ 10_30 tomorrow_ WS (1).msg | Deborah Robinson | 17-Jun-20 | Teresa Quint | Eric Hansmeier, Garrett Graves, Deborah Robinson | Chirstine O'Connor | 10:30 tomorrow? WS | Safety/security | Email containing description of information related to confidential security considerations the disclosure of which creates a reasonable risk of harm to the safety and security of residents, staff, and the public. |
| DOC_2727 | DOC_2730 | Re_ 10_30 tomorrow_ WS (2).msg | Deborah Robinson | 17-Jun-20 | Teresa Quint | Eric Hansmeier, Garrett Graves, Deborah Robinson | Chirstine O'Connor | 10:30 tomorrow? WS | Safety/security | Email containing description of information related to confidential security considerations the disclosure of which creates a reasonable risk of harm to the safety and security of residents, staff, and the public. |
| DOC_2731 | DOC_2733 | Re_ 10_30 tomorrow_ WS (4).msg | Deborah Robinson | 17-Jun-20 | Teresa Quint | Eric Hansmeier, Garrett Graves, Deborah Robinson | Chirstine O'Connor | 10:30 tomorrow? WS | Safety/security | Email containing description of information related to confidential security considerations the disclosure of which creates a reasonable risk of harm to the safety and security of residents, staff, and the public. |
| DOC_2737 | DOC_2741 | Re_ 10_30 tomorrow_ WS.msg | Deborah Robinson | 17-Jun-20 | Teresa Quint | Eric Hansmeier, Garrett Graves, Deborah Robinson | Chirstine O'Connor | 10:30 tomorrow? WS | Safety/security | Email containing description of information related to confidential security considerations the disclosure of which creates a reasonable risk of harm to the safety and security of residents, staff, and the public. |
| DOC_2766 | DOC_2768 | RE_ Notification of Service Filing or Court Documents for Case 317-2018-GI-00414 681659....msg | Deborah Robinson | 13-Jun-19 | Heather Neville | Deborah Robinson | Erik Bal | FW: Notiviation of Service, Filing, or Court Documents for Case: 317-2018-GI-00414, 681659, Guardianship of William Soler, JR for filing Objection | Attorney-Client Communication | Confidential communication of Attorney Heather Neville to Deborah Robinson related to legal advice concerning DOC's position with respect to plaintiff's need for guardianship. |
| DOC_2766 | DOC_2768 | RE_ Notification of Service Filing or Court Documents for Case 317-2018-GI-00414 681659....msg | Deborah Robinson | 14-Jun-19 | Deborah Robinson | Heather Neville | Erik Bal | FW: Notiviation of Service, Filing, or Court Documents for Case: 317-2018-GI-00414, 681659, Guardianship of William Soler, JR for filing Objection | Attorney-Client Communication | Confidential communication of Deborah Robinson to Attorney Heather Neville related to legal advice concerning DOC's position with respect to plaintiff's need for guardianship. |
| DOC_2772 | DOC_2773 | RE_ request.msg | Deborah Robinson | 16-Dec-20 | Deborah Robinson | Erik Bal | Christine O'Connor, Laura Montenegro | FW: request | Attorney-Client Communication | Confidential communication of Deborah Robinson to Attorney Erik Bal regarding legal advice pertaining to meeting referenced in the email thread. |
| DOC_2812 | DOC_2813 | RE_ Subpoena.msg | Deborah Robinson | 29-Jan-20 | Heather Wood | Erik Bal | Wendy Martin, Deborah Robinson | Subpoena | Attorney-Client Communication | Confidential communication seeking legal advice communicated from Heather Wood to Attorney Erik Bal concerning release of medical records. |
| DOC_2812 | DOC_2813 | RE_ Subpoena.msg | Deborah Robinson | 29-Jan-20 | Erik Bal | Heather Wood | Wendy Martin, Deborah Robinson | RE: Subpoena | Attorney-Client Communication | Confidential communication involving legal advice communited from Attorney Erik Bal to Heathor Wood concerning release of medical records. |

Page 2 of 3

USDC(NH) 1:20-cv-00517-PB (Soler)
Privilege Log

1:20-cv-00517-PB

| DOC_2814 | DOC_2816 | RE_ thoughts regarding issue - attorney client communication.msg | Deborah Robinson | 16-Apr-20 | Deborah Robinson | Christine O'Connor, Eric Hansmeier, Davis Choi, Erik Bal | | Wendy Martin | thoughts regarding issue - attorney client communication | Attorney-Client Communication | Confidential communication seeking legal advice from Attorney Erik Bal regarding possible actions to take regarding plaintiff's phone privileges under circumstances of concern about negative impact on plaintiff's best interests. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOC_2814 | DOC_2816 | RE_ thoughts regarding issue - attorney client communication.msg | Deborah Robinson | 16-Apr-20 | Deborah Robinson | Christine O'Connor, Eric Hansmeier, Davis Choi, Erik Bal | | Wendy Martin | RE: thoughts regarding issue -attorney client communication | Attorney-Client Communication | Confidential communication containing legal advice of Attorney Bal concerning actions to take regarding plaintiff's phone privileges under circumstances of concern about negative impact on plaintiff's best interests. |
| DOC_2824 | DOC_2825 | RE_WS (13).msg | Wendy Martin | 13-Apr-20 | Nancy Clayman | Christine O'Connor, Sherri Phillips, Deborah Robinson, David Choi, Wendy Martin, Ann Marie McCoole | Eric Barbaro, Jenny Stillman, Ester Matillano, Denise Downing | | RE: WS | Safety/security | Email containing description of information related to confidential security considerations the disclosure of which creates a reasonable risk of harm to the safety and security of residents, staff, and the public. |
| DOC_2826 | DOC_2828 | RE_WS.msg | Wendy Martin | 13-Apr-20 | Nancy Clayman | Christine O'Connor, Sherri Phillips, Deborah Robinson, David Choi, Wendy Martin, Ann Marie McCoole | Eric Barbaro, Jenny Stillman, Ester Matillano, Denise Downing | | RE: WS | Safety/security | Email containing description of information related to confidential security considerations the disclosure of which creates a reasonable risk of harm to the safety and security of residents, staff, and the public. |
| DOC_2829 | DOC_2832 | RE_Wsoler.msg | Wendy Martin | 2-Feb-18 | Heidi Guinen | Kristen Magro | | Wendy Martin | RE: Wsoler | Safety/security | Email containing personal contact information, the disclosure of which creates a reasonable risk of harm and harassment to the individual. |
| DOC_2887 | DOC_2889 | thoughts regarding issue - attorney client communication.msg | Deborah Robinson | 16-Apr-20 | Deborah Robinson | Christine O'Connor, Eric Hansmeier, David Choi, Erik Bal | | Wendy Martin | thoughts regarding issue - attorney client communication | Attorney-Client Communication | Confidential communication containing legal advice of Attorney Bal concerning actions to take regarding plaintiff's phone privileges under circumstances of concern about negative impact on plaintiff's best interests. |
| DOC_2896 | DOC_2904 | Use of Force review 06.19.2018.pdf | | 19-Jun-18 | Captain Marshall | Director Mattis | | | Use of Force Review | Safety/security | Use of Force Review containing description of information related to confidential security considerations the disclosure of which creates a reasonable risk of harm to the safety and security of residents, staff, and the public. |

1:20-cv-00517-PB

| Doc # | Contents | Exemption | |
|---|---|---|---|
| 0232 | conversation between Christine O'connor & Deb Robinson CC'd to AAG | no priviidge | |
| 0235 | conversation betweenTeresa Quint & Deb Robinson & Eric Hansmeier CC'd to  Christine O'connor | priviidge waived | |
| 0240 | conversation betweenTeresa Quint & Deb Robinson & Eric Hansmeier CC'd to  Christine O'connor | priviidge waived | |
| 0274 | DOC employee multi communication. Top part of email | no priviidge | |
| 0281 | conversation between  Christine O'connor, Deb Robinson, David Choi, AAG & Eric Hansmeier,  CC'd to Wendy Martin | priviidge waived | |
| 0286 | conversation between  Christine O'connor, Deb Robinson, David Choi, AAG & Eric Hansmeier,  CC'd to Wendy Martin | priviidge waived | |
| 0290 | conversation between  Christine O'connor, Deb Robinson, David Choi, AAG & Eric Hansmeier,  CC'd to Wendy Martin | priviidge waived | |
| 0294 | conversation between  Christine O'connor, Deb Robinson, David Choi, AAG & Eric Hansmeier,  CC'd to Wendy Martin | priviidge waived | |
| 0297 | conversation between  Christine O'connor, Deb Robinson, David Choi, AAG & Eric Hansmeier,  CC'd to Wendy Martin | priviidge waived | |
| 0302 | conversation between  Christine O'connor, Deb Robinson, David Choi, AAG & Eric Hansmeier,  CC'd to Wendy Martin | priviidge waived | |
| 0305 | Soler request slip.pdf not printed =307 | missing document | |
| 0308 | 007,008,009,010,011,112.png not printed | missing documents | |
| 2722 | 2020 06 18 09 36 17.pdf not printed | missing document | |
| 2728 | conversation betweenTeresa Quint & Deb Robinson & Eric Hansmeier CC'd to  Christine O'connor | priviidge waived | |
| 2731 | conversation betweenTeresa Quint & Deb Robinson & Eric Hansmeier CC'd to  Christine O'connor | priviidge waived | |
| 2734 | conversation betweenTeresa Quint & Deb Robinson & Eric Hansmeier CC'd to  Christine O'connor | priviidge waived | |
| 2739 | conversation betweenTeresa Quint & Deb Robinson & Eric Hansmeier CC'd to  Christine O'connor | priviidge waived | |
| 2742 | 001.jpg 002, 003.png not printed …. redactions | missing documents | |
| 2814 | conversation between  Christine O'connor, Deb Robinson, David Choi, & Eric Hansmeier,  CC'd to AAG | priviidge waived | |
| 2815 | conversation between  Christine O'connor, Deb Robinson, David Choi, & Eric Hansmeier,  CC'd to AAG | priviidge waived | |
| 2817 | NOT ON REDACTION LOG | NOT LISTED | |
| 2824 | conversation from Nancy Clayman RN to Multiple other medical and CC Eric Barbaro | Security/Safety | have court look at |
| 2826 | conversation from Nancy Clayman RN to Multiple other medical and CC Eric Barbaro | Security/Safety | have court look at |
| 2887 | conversation between Christine O'connor & Deb Robinson CC'd to AAG | no priviidge | |
| 2890 | conversation between Christine O'connor & Eric Vangelder | priviidge waived | |
| 2896 | Use of Force review redacted | Security/Safety | have court look at |

9

# ATTORNEY GENERAL
# DEPARTMENT OF JUSTICE

1 GRANITE PLACE SOUTH
CONCORD, NEW HAMPSHIRE 03301

JOHN M. FORMELLA
ATTORNEY GENERAL



JAMES T. BOFFETTI
DEPUTY ATTORNEY GENERAL

July 26, 2024

**VIA E-MAIL**

William Soler Justice
51 Storrs St., #310
Concord, NH 03301
gentlegiant03301@yahoo.com

      **Re: William Soler Justice v. Christopher T. Sununu, et al., USDC-NH Civil No. 1:20-CV-00517-PB**

Dear Mr. Justice:

      I write in response to your July 25, 2024, email concerning "Document Issues" and containing a Microsoft Excel file identified as "redaction issues," both of which we discussed by telephone yesterday over the course of an approximately one-hour long conversation that Wanda Duryea was present for and substantively participated in.[1]

      Since our conversation yesterday, I have had opportunity to review each of the documents you identified as having "issues," and I now provide you with the following response with respect to each document:

- DOC_0232 (File Name [FN]: *discoverable – attorney client communication*): Defendants maintain their claim that the information redacted from this document is privileged pursuant to the attorney-client privilege for the reasons previously identified in Defendants' privilege log.

- DOC_0235 (FN: *FW_10_30 tomorrow*): Defendants maintain their claim that the information redacted from this document is confidential information the disclosure of which would create a reasonable risk of harm to the safety and security of residents, staff, and the public.  Defendants do not agree with your apparent position that the inclusion of

---

[1] Please note that during the call, Ms. Duryea said, among other things, that she was "trying to teach [you] what I understand about the law," which is something that Judge Barbadoro expressly directed her to not do in providing you with organizational assistance as a friend.  To the extent Ms. Duryea continues to attempt to teach law to you or to provide you with legal advice as she also did on the call by formulating discovery requests for you, I intend to bring this to the Court's attention during our next status conference, as Ms. Duryea appears to be continuing to engage in the unauthorized practice of law despite the Court putting her on notice that this is not appropriate conduct.

Eric Hansmeier on this communication waives the confidentiality of this information under the circumstances, as Defendants maintain that disclosure to Eric Hansmeier did not present the legitimate security concern that would arise were this information to be disclosed to you. Defendants clarify that the information has been withheld not on the basis of a privilege, but on the basis of confidentiality in furtherance of legitimate safety and security concerns.

- DOC_0240 (FN: *FW_10_30 tomorrow_ WS*): Defendants' response is the same as their above response with respect to DOC_0235.

- DOC_0274 (FN: *FW SPU Infirmrary Bed Status*): The redacted information concerns other patients and is neither relevant to your claims nor responsive to your discovery requests. The information has been redacted not only because it is unresponsive, but also because it contains personal identifying information and personal health information of other individuals that hold material privacy interests in their personal identifying and health information remaining confidential.

- DOC_0281 (FN: *FW thoughts regarding issue – attorney client communication(1)*): Defendants maintain their claim that the redacted information is protected from disclosure by the attorney-client privilege, notwithstanding Eric Hansmeier being included in the communication. The communication was made for the purpose of seeking legal advice and was intended to be confidential. Moreover, Mr. Hansmeier's inclusion in the communication was reasonably necessary to facilitate the Department's communication with its attorney regarding whether a course of action was legally advisable in light of circumstances that included Mr. Hansmeier's evaluation of your best interests. It was therefore necessary for the Department to include Mr. Hansmeier in the communication seeking legal advice because the legal advice sought depended, in part, on Mr. Hansmeier's evaluation of whether certain circumstances were or were not contrary to your interests. *See Fox v. Alfini*, 2018 CO 94 (Col. 2018) ("A person is a confidential agent for communication if the person's participation is reasonably necessary to facilitate the client's communication with a lawyer.").

- DOC_0286 (FN: *FW thoughts regarding issue – attorney client communication (2)*): Defendants' response is the same as their above response with respect to DOC_0281.

- DOC_0290 (FN: *FW thoughts regarding issue – attorney client communication (3)*): Defendants' response is the same as their above response with respect to DOC_0281.

- DOC_0294 (FN: *FW thoughts regarding issue – attorney client communication (4)*): Defendants' response is the same as their above response with respect to DOC_0281.

- DOC_0297 (FN: *FW thoughts regarding issue – attorney client communication (5)*): Defendants' response is the same as their above response with respect to DOC_0281.

- DOC_0302 (FN: *FW thoughts regarding issue – attorney client communication*): Defendants' response is the same as their above response with respect to DOC_0281.

▪ DOC_0305 (FN: *FW thoughts regarding issue*): As discussed with you yesterday and as noted on the Document Production Log previously provided to you, the attachment to the email identified in DOC_0305 as "Soler request slip.pdf" was provided to you at DOC_0307.

▪ DOC_0308 (FN: *FW Use of Force Report*): The images indicated as being attached to this email are irrelevant to your claims and unresponsive to your discovery requests. I am nevertheless producing the images to you here:

    a.   image007.jpg:



    b.   image008.png:



    c.   image009.png:



    d.   image010.jpg:



    e.   image011.pgn:



    f.   image012.pgn:



▪ DOC_2722 (FN: *Re 10 30 tomorrow WS (1)*): Enclosed with this email, I am providing you with the attachment to this email, a PDF identified as "2020_06_18_09_36_17.pdf." The document is Bates number DOC_2914.

▪ DOC_2728 (FN: *Re 10 30 tomorrow WS (2)*): Defendants' response is the same as their above response with respect to DOC_0235.

▪ DOC_2731 (FN: *Re 10 tomorrow WS (4)*): Defendants' response is the same as their above response with respect to DOC_0235.

- DOC_2734 (FN: *Re 10 30 tomorrow WS (5)*): Defendants' response is the same as their above response with respect to DOC_0235.

- DOC_2739 (FN: *Re 10 30 tomorrow WS*): Defendants' response is the same as their above response with respect to DOC_0235.

- DOC_2742 (FN: *RE ATC list for today*): The images indicated as being attached to this email are irrelevant to your claims and unresponsive to your discovery requests.  I am nevertheless producing the images to you here:

    a.  image001.jpg:



    b.  image002.png:



    c.  image003.png:



- DOC_2814 (FN: *Re thoughts regarding issue – attorney client communication*): Defendants' response is the same as their above response with respect to DOC_0281.

- DOC_2815 (FN: *Re thoughts re issue – attorney client communication*): Defendants' response is the same as their above response with respect to DOC_0281.

- DOC_2817 (FN: *RE Transfers Moves Internal External*): As I explained in my letter of June 28, 2024, to the extent you find redactions in documents that do not appear on the privilege log, those redactions concern "unresponsive personal identifying information and personal health information of other individuals."  As such, and consistent with what I previously explained in my June 28th letter, I can confirm that the redacted information on this page is not responsive to your discovery request and contains personal identifying information and personal health information of other individuals.

- DOC_2824 (FN: *RE WS(13)*): I have reviewed the original redaction and determined that the scope of the redaction was broader than necessary to ensure protection of confidential security information.  As such, I am providing you with a new copy of DOC_2824 (Bates stamped DOC_2915) with a revised redaction.

- DOC_2826 (FN: *RE WS*): The redacted information is the same as the redacted information on DOC_2824, and the scope of that redaction has been narrowed in the document provided to you as DOC_2915.

- DOC_2887 (FN: *thoughts regarding issue – attorney client communication*): Defendants' response is the same as their above response with respect to DOC_0281.

- DOC_2890 (*tx plan and visit*): Defendants' response is the same as their above response with respect to DOC_2817.

- DOC_2896 (*Use of Force review 06.19.2018*).  Defendants maintain their position that the redacted information describes confidential information the disclosure of which would create reasonable risk of harm to the safety and security of residents, staff, and the public under the circumstances.

Sincerely,

/s/ Nathan W. Kenison-Marvin
Nathan W. Kenison-Marvin
Assistant Attorney General
1 Granite Place South
Concord, NH 03301
(603) 271-3650
nathan.w.kenison-marvin@doj.nh.gov

Enclosure: DOC_2914 to DOC_2916

NKM/nkm