UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| William Soler Justice, )<br>  )<br>             Plaintiff )<br>  )<br>       v. )<br>  )<br> Christopher T. Sununu, et al. )<br>  )<br>             Defendants )<br>  ) | Civil No. 1:20-cv-00517-PB |

**ASSENTED-TO MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO [121] PLAINTIFF'S MOTION TO COMPEL**

Defendants Helen Hanks, Paula Mattis, Deborah Robinson, Carlene Ferrier, Frank Logan, III, Joshua Deblois, Benjamyn Carver, and Page Kimball, by and through the New Hampshire Office of the Attorney General as counsel, hereby request with Plaintiff's assent that the Court extend Defendants' deadline to respond to [121] Plaintiff's Motion to Compel to September 27, 2024.  In support of this request, Defendants state the following:

1. Plaintiff filed his Motion to Compel on September 3, 2024.  Through his motion, Plaintiff asks the Court to order Defendants to produce information contained on twenty-five separate documents that Defendants have produced with redactions on the basis of claims of attorney-client privilege and confidentiality related to institutional safety and security concerns.

2. Defendants hereby submit there is good cause for granting them a 10-day extension of their deadline to respond to Plaintiff's Motion to Compel.  Specifically, Defendants' undersigned counsel has been in the process of adjusting to a new medication regimen related to recent seizure activity that has materially impacted his professional capacities by causing

extreme lethargy, inability to focus, and other negative mental health symptoms. The undersigned has accordingly been medically advised to not drive for a presently indefinite period of time. These circumstances have materially impacted the undersigned's ability to work at a normal rate across his modified caseload, and the undersigned's presently compromised cognitive state is in furtherance of professional treatment of a newly diagnosed condition that the undersigned expects to be able to appropriately manage in due course. Moreover, in part due to these circumstances, the undersigned is in the process of transitioning out of a litigation role and therefore is in the process of working with new counsel who will be appearing in this matter. As such, to ensure a smooth transition to new counsel, the undersigned intends to involve new counsel in the process of understanding the present discovery disputes and managing those disputes moving forward. This transition has been delayed over the last two-weeks in large part due to the undersigned's current neurological medical issues and resulting absences from work, in combination with the undersigned needing to devote time to managing new responsibilities related to his new non-litigation role.

       3.      For these reasons, Defendants accordingly request that the Court extend their deadline to respond to Plaintiff's Motion to Compel to September 27, 2024.

       4.      Plaintiff has informed the undersigned that Plaintiff assents to the relief requested herein.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A. Extend Defendants' deadline to respond to Plaintiff's motion to compel to September 27, 2024; and

B. Grant any further relief as justice so requires.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | COMMISSIONER HELEN HANKS, PAULA MATTIS, DEBORAH ROBINSON, CARLENE FERRIER, FRANK LOGAN, III, JOSHUA DEBLOIS, BENJAMYN CARVER, & PAGE KIMBALL |
|  | By their attorney, |
|  | JOHN M. FORMELLA<br>ATTORNEY GENERAL |
| Dated: September 17, 2024 | */s/ Nathan W. Kenison-Marvin*<br>Nathan W. Kenison-Marvin, Bar No. 270162<br>Assistant Attorney General<br>Catherine A. Denny, Bar No. 275344<br>Assistant Attorney General<br>NH Department of Justice<br>1 Granite Place South<br>Concord, NH 03301<br>nathan.w.kenison-marvin@doj.nh.gov<br>catherine.a.denny@doj.nh.gov<br>(603) 271-3650 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being conventionally mailed to Plaintiff at 51 Storrs St., #310, Concord, NH 03301 on September 18, 2024 and that on September 17, 2024, I have first electronically mailed a copy of the same to Plaintiff at the email address through which I regularly correspond with him.

*/s/ Nathan W. Kenison-Marvin*
Nathan W. Kenison-Marvin