USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| William Soler Justice<br>*Plaintiff*<br>v.<br>Christopher T. Sununu, et al.<br>*Defendant* | Case No.  1:20-cv-00517-PB |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Governor Christopher Sununu, Helen Hanks, Daniel Potenza, Wendy Martin, Paula Mattis, Deborah Robinson, Carlene Ferrier, Frank Logan, Scott Marshall, Joshua Deblois, Mark Kimball, Randal Carver, Nathan Seabron.
.

Date: November 1, 2024

*/s/ Duncan A. Edgar*

*Attorney's signature*

Duncan A. Edgar, NH Bar #266272

*Printed name and bar number*

1 Granite Place South, Concord, NH 03301

*Address*

duncan.a.edgar@doj.nh.gov

*E-mail address*

(603) 271-3650

*Telephone number*

(603) 271-2110

*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

### CERTIFICATE OF SERVICE

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served: William Soler Justice, 51 Storrs Street, #310, Concord, NH 03301

| November 1, 2024 | /s/ Duncan A. Edgar |
|---|---|
| Date | Signature |

[Print]   [Save As...]   [Reset]