FILED - USDC -NH
2025 JAN 8 PM 2:28

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

William S. Justice, Plaintiff,

Vs.

Christopher T. Sununu, et al, Defendants

Civil No. 1:20-cv-00517-PB

January 07, 2025 (Tuesday)

MOTION TO ADD MORE DEFENDANTS TO COMPLAINT

Either inadvertently or otherwise, the following individuals have admitted to taking part in the alleged assaults against the Plaintiff, William S. Justice (aka) William Soler, Jr. They have admitted to such wrong-doing through their own "incident reports" that was provided to the Plaintiff via Discovery submission from the Defendants' own attorneys.

The Plaintiff now realizes that this request could have been submitted earlier in the proceeding, however, the Plaintiff, Mr. Justice, supplicates with this HONORABLE COURT to show Mr. Justice some patience and understanding, since "efficient legal procedure" is uncharted territory for him.

The following individuals are hopeful, future Defendants in this case:

CO (FNU) Morissette (DOC 006); CO (FNU) Ryan (DOC 007, 018); CO Bret Richardson (DOC 008); PPO Jonathan Boisselle (DOC 017); CO (FNU) Kum (DOC 020);

Mr. Justice, plans on including the above named individuals' DOC no. (Discovery pages) as exhibits to this motion.

Finally, the respectful and humble Plaintiff, once again, ask this MOST Honorable Court, to order these individuals as newly designated 'Defendants' in this specific case. This is the relief this victimized Plaintiff seeks. Thank you, and may God BLESS!

Mr. William S. Justice      *William S. Justice*

C: Catherine A. Denny, esq.; John E. Laboe, esq.; Wanda J. Duryea

Yahoo Mail: Search, Organize, Conquer