

# State of New Hampshire

### DEPARTMENT OF CORRECTIONS
P. O. Box 1806
CONCORD, NH 03302-1806
(603) 271-5600

*William S. Justice*

**STATEMENT FORM**

ON __02-18-2018__ AT __1635__ AT __SPU INFIRMARY__
   (Date)        (Time)        (Place)

I __CO. MORISSETTE__ GAVE TO __CPL. MORISSETTE__
   (Name)                    (Investigator's Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

ON THE ABOVE DATE AT APPROX. 1635, I CO. MORISSETTE, ENTERED INF. 5 TO ASSIST EXTRACTING SOLER, WILLIAM #42507 TO BE PLACED IN RESTRAINTS. I HEARD CPL. KIMBALL GIVE CLEAR AND DIRECT ORDERS FOR SOLER TO CUFF P. I ENTERED INF. 5 AND ASSISTED GETTING SOLER PLACED INTO HANDCUFFS. I GRABBED SOLERS LEFT LEG TO GET HIM STRAIGHTENED OUT SO CUFFS COULD BE APPLIED. I PLACED MY LEFT KNEE ON SOLER'S LEFT HAMSTRING WHILE THE CUFFS WERE BEING APPLIED. I THEN PUT BOTH OF SOLER'S LEGS INTO RESTRAINT CUFFS. I ASSISTED WITH TRANSPORTING SOLER FROM HIS BED TO THE STRETCHER. I SECURED THE MID SECTION STRAP. I EXITED THE ROOM. EOS.

CO. MORISSETTE

COR-5    **EXHIBIT A**    PAGE ___ OF ___    CASE NO. ___

DOC_006