

# State of New Hampshire

### DEPARTMENT OF CORRECTIONS
P. O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

*William S. Justice*

## STATEMENT FORM

ON **2/18/18** (Date) AT **2030** (Time) AT **SPU Office** (Place)

I **CO RYAN** (Name) GAVE TO _____ (Investigator's Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

On the above date at approx 1630, I C.O. Ryan was on the cell extraction team to place Patient Soler JR, William #42507 into 4PTS by request of RN Lombard. Cpl. Kimball tried many times to get Soler to come to the tray slot and cuff-up he refused. At this time we entered Soler's cell Infirmary Cell 5. CPL Kimball was on shield, C.O. Deblois was second with taser then C.O. Morisette, and myself next in and C.O. Richardson was last man in. Kimball was able to push Soler with the shield and the taser was deployed. I helped secure Soler's body and we were able to cuff him up successfully and place him into the 4PTS-stretcher.
EOS    C.O. RYAN

COR-5    PAGE ___ OF ___    CASE NO. _____

EXHIBIT B

DOC_007