

# State of New Hampshire

**DEPARTMENT OF CORRECTIONS**
P. O. Box 1806
CONCORD, NH 03302-1806
(603) 271-5600

## STATEMENT FORM

ON __7/13/18__ (Date)  AT __2000__ (Time)  AT __SPU Security office__ (Place)

I __CO Ryan__ (Name)  GAVE TO _____ (Investigator's Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

On the above date at approx. 1830, I CO Ryan assisted with the cell extraction of patient Soler, Jr William #42507. I was third man in and helped secure Soler to the ground by his arm, at this time I pulled the shield out from under Soler, he was secured then escorted to Echo shower. Soler was seen by medical staff.

EOS

CO Ryan

COR-5    PAGE ___ OF ___    CASE NO. _____

EXHIBIT C

DOC_018