

# State of New Hampshire

**DEPARTMENT OF CORRECTIONS**
P. O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

*William S. Justice*

STATEMENT FORM

ON __2/18/18__ AT __2135__ AT __SPU OFFICE__
     (Date)        (Time)        (Place)

I __BRET RICHARDSON__ GAVE TO _____
      (Name)                     (Investigator's Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

On the above date, at approximately 1630, I entered Pt. William Solar's room with other SPU security staff to restrain and place Pt in the stretcher restraint. After the taser was deployed I secured Pt's legs and assisted with placement of ankle restraints. I also secured the 2 lower straps on the stretcher restraint. EOS

COR -5        PAGE ___ OF ___        CASE NO. _____

DOC_008

EXHIBIT D