

# State of New Hampshire

Department of Corrections
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

## STATEMENT FORM

ON __7/13/18__ AT __Approx 1830__ AT __E-Ward room 9__
     (DATE)           (Time)                      (Place)

I __PPO JONATHAN BOISSELLE__
              (Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS/REPORTS.

On the above date and approximate time, officers responded to E-Ward. Officers throughout the night were attempting to gain compliance from client William Soler #42507 due to trashing his room and covering all points of view with newspapers and debris. Attempts to gain compliance were also made by nursing staff without resolution. Sgt Carver decided to try and utilize OC spray to gain compliance, however; Soler put himself in an elevated position on his wall desk and used a pad of papers to prevent being sprayed. The first OC canister appeared to be empty or close to, requiring a second can to be called for. The second can appeared to only be partially full and was used to the best of its ability given the circumstances. A third can was retrieved after the first two were unsuccessful.

As I could see Soler in an elevated position away from the door, I mentioned to Sgt Carver to have the door manually opened a crack which would provide me with an opportunity to get a clear shot with OC. As soon as the door opened, I made the attempt to spray Soler. The third can was found to have fluid inside, but didn't have any compression. As the button was depressed, OC fluid barely left the nozzle and was therefore rendered ineffective.

It was determined that a team would be established to enter room 9. Sgt Carver remained with the camera while the team got prepared. I was directed to be second to enter the room behind the shield, Officer Logan. Prior to entering the room, I conducted a helmet check on each officer to ensure that everyone was safe and ready to enter. I was assigned the upper right arm, however; upon entering, the floor was found to be very slippery as Soler had lubed the floor with multiple unknown substances. Once the shield made contact with Soler, I attempted to reach for his arms but he began to step down from his elevated position on his bedside by the window. As a direct result of his movements and where he was directed by the shield, his head laid opposite of my location and I ended up securing both of his legs. I secured his right leg by utilizing pain compliance with my right leg shin on the back of his lower calf/ankle. I used both hands to help secure his left leg additionally while other officers proceeded to secure Solers upper extremities and place him in handcuffs.

Soler was initially brought to room 10, however; it was decided we would bring him to the shower as a result of being exposed to OC spray. I helped Officer Logan escort Soler to the bathroom by taking control of Solers left arm with a 90/90 escort position. Soler was verbal, but cooperated walking to the bathroom. I initially assisted by trying to help officers maintain control of Solers hands as they attempted to remove cuffs that were put on with the key hole facing inward (towards his body). This made it difficult for officers to remove the cuffs from a tray slot due to limited spacing. After officers confirmed they had control, I stepped back away so they could have space to work. Soler grew agitated as officers struggled to remove the handcuffs and made multiple vulgar statements towards officers. At one point, Sgt Carver hands the video recorder to me and steps in to assist officers in removing the handcuffs. I videoed the remainder of the process until officers left.

Sgt Carver then takes possession of the camera again while Nurse Mark Gagne attempts to speak with Soler to check on his medical status. Soler was seen manipulating his wrist but complained they were broken. When the nurse attempted to have Soler conduct a few movements, Soler refused claiming that everyone was corrupt and he was refusing medical attention by nursing staff here at the facility.

End of Statement.    _[signature]_    7/13/18

7/13/2018      COR-5           PAGE _1_ OF _1_           CASE NO. _____
                                                                 DOC_017

EXHIBIT E