# State of New Hampshire



**Department of Corrections**
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

## STATEMENT FORM

ON __July 13, 2018__ AT __1830__ AT __Echo Tier Cell # 6__
    (DATE)                   (Time)                              (Place)

I __Officer Kum__
        (Name)

**GIVE THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.**

On July 13, 2018 at approximately 1830 hours, I Officer Kum was video recording the incident on Echo tier cell # 9 occupied by resident Soler, Jr Williams # 42507. Resident Soler has boarded up and covered his cell window. Officer Seabron, Officer Logan, Officer Ryan, PPO Boisselle was also on scene.

Numerous times, Sergeant Carver had directed him to come and cuffed up. He refused. At that point OC spray was deployed. Sergeant Carver continued to instruct resident Soler to come and cuffed up. He refused and ignored Sergeant Carver directive. These go on for approximately twenty-five (25) minutes. Finally Sergeant Carver directed us to suit up for cell extraction. When the team has assembled, I Officer Kum was assigned to the lower left extremity. RN Gagne, Mark was on scene for the extraction.

Sergeant Carver then radioed control to open the cell door. As the cell door was opening, the extraction team begun to move in. Resident Soler was standing on top of the concrete table. Officer Logan has the shield. As soon resident Soler was brought down face down on the bed, I went for his lower extremities. I had my right sheen on his lower right extremity and my hands on his lower left extremity. I saw Officer Logan was trying to pull Soler's upper left extremity to his backed to be cuffed. As soon as Officer Logan got Soler's upper left extremity behind his back, I immediately put the cuffed on, and then his upper right extremity as soon as it was behind his back.

Resident Soler's cell was dirty, wet and slippery during the extraction. After the extraction, resident Soler was taken to the Echo shower for him to take a shower so that he can clean-up. EOS Kum

7/13/2018    COR-5        PAGE _1_ OF _1_        CASE NO DOC_020

EXHIBIT F