William S. Justice
51 Storrs Street, #310
Concord, NH 03301

DISTRICT OF NH
2025 JAN -7 P 1:44
24 HOUR REPOSITORY

U.S. District Court (NH)
55 Pleasant Street, Rm 110
Concord, NH 03301

Attn: JENNIFER BARTLETT, CASE MANAGER