UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**William Soler Justice**

      v.         Case No. 20-cv-517-PB

**Paula Mattis, et al.**

## ORDER

The plaintiff's motion to add more defendants to his complaint, see Doc. 126, is granted without prejudice to the new defendants' right to move to dismiss the claims against them for failure to state a claim. The plaintiff shall file an amended complaint on or before February 21, 2025. If the plaintiff chooses not to file an amended complaint, he should inform the court on or before February 21, 2025.

The plaintiff's deposition shall not be taken until thirty (30) days after the plaintiff either files an amended complaint or informs the court of his decision not to file.

The plaintiff's motion for an adverse inference is denied without prejudice. See Doc. 128. The motion is not timely at this stage of the proceedings. The plaintiff may renew his motion in advance of trial.

SO ORDERED.

    /s/ Paul J. Barbadoro
    Paul J. Barbadoro
    United States District Judge

January 22, 2025

cc:    William Soler Justice, pro se
       Counsel of Record