UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
**************************************
William Soler Justice                *
                                     *
        Plaintiff,                   *
v.                                   *   Civil No. 1:20-CV-00517-PB
                                     *
Christopher T. Sununu, et al.        *
                                     *
        Defendants.                  *
                                     *
**************************************
```

## NOTICE OF WITHDRAWAL

I, Samuel Garland, hereby notify the Court of my Withdrawal as counsel for Defendants, Helen Hanks, Commissioner, and Paula Mattis

Respectfully submitted,

ATTORNEY GENERAL

Dated: January 30, 2025

/s/ Samuel Garland
Samuel Garland, Bar #266273
Senior Assistant Attorney General
N.H. Department of Justice
1 Granite Place- South
Concord, NH 03301-6397
(603) 271-3650
samuel.rv.garland@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via U.S. Mail on January 30, 2025, to the Plaintiff, William Soler, 51 Storrs Street Apt #310, Concord, NH 03301.

/s/ Samuel Garland
Samuel Garland