# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

```
*************************************
William Soler Justice,              *
                                    *
              Plaintiff,            *
     v.                             *   Civil No. 1:20-cv-00517-PB
                                    *
Christopher T. Sununu, et al.,      *
                                    *
              Defendants.           *
                                    *
*************************************
```

## DEFENDANTS' ASSENTED-TO EXPEDITED MOTION TO CONTINUE STATUS CONFERENCE

Defendants Helen Hanks, Paula Mattis, Deborah Robinson, Carlene Ferrier, Frank Logan, III, Joshua Deblois, Benjamyn Carver, and Page Kimball ("Defendants"), by and through the New Hampshire Office of the Attorney General as counsel, hereby object to Plaintiff's Motion to Add Additional Parties ("Motion"), stating as follows:

1. This case is scheduled for a Status Conference on Monday, March 10, 2025 at 2:00 pm. Counsel for Defendant has a hearing on a Motion for Summary Judgment scheduled in Merrimack Superior Court at 2:30pm that same day, in *Charles Glenn v. Commissioner Hanks, et al.*, Docket No. 217-2022-CV-01119.

2. The hearing in Superior Court includes another co-defendant and counsel and has already been rescheduled at least three times.

3. Defendants' counsel respectfully requests that the Status Conference be rescheduled to avoid counsel's conflict with her other hearing.

4.      Defendants' counsel requested assent from Plaintiff to continue the Status Conference via email, and Plaintiff's guardian, Wanda Duryea, responded that Plaintiff assents to the continuance.

WHEREFORE, Defendants respectfully requests that this Honorable Court:

A.  Grant this Motion;

B.  Continue the Status Conference; and

C.  Grant any further relief as justice so requires.

 

Respectfully submitted,

Commissioner Helen Hanks, *et al.*

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: March 4, 2025            /s/ Catherine A. Denny
                                Catherine A. Denny, Bar #275344
                                Assistant Attorney General
                                Civil Bureau
                                NH Department of Justice
                                1 Granite Place South
                                Concord, NH 03301
                                catherine.a.denny@doj.nh.gov
                                (603) 271-1354


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being conventionally mailed to Plaintiff at 51 Storrs St., #310, Concord, NH 03301.


Dated: March 4, 2025            */s/ Catherine A. Denny*
                                Catherine A. Denny