# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

6th Circuit - Probate Division - Concord  
2 Charles Doe Drive, Suite 1  
Concord NH 03301

Telephone: 1-855-212-1234  
TTY/TDD Relay: (800) 735-2964  
https://www.courts.nh.gov

## CERTIFICATE OF APPOINTMENT
(Letter of Appointment)

Case Name: **Guardianship of William S Justice**  
Case Number: **317-2025-GI-00085**

On February 18, 2025 the following person(s) was/were appointed to perform the duties of guardian(s) over the person of William S Justice, 15 Pitman Street #516 Concord NH 03301. The named guardian(s) accepted this responsibility.

**Guardian(s)**

Wanda J Duryea          1137 Meaderboro Rd          Home: (603)923-2793  
                        Farmington NH 03835

The rights, duties, and powers of the guardian(s) are stated in orders issued by the court and are limited or restricted as expressly stated in those documents.

This document certifies that this appointment did occur as stated and remains in effect as dated below.

I certify that this is a true and correct copy of the Certificate of Appointment existing in the official court record in this case.

February 19, 2025

/s/ Kimberly A. Bonenfant  
Clerk of Court  
State of New Hampshire  
Merrimack County



This electronic certification stamp meets the statutory requirement for certified or attested documents pursuant to Supplemental Rules of the Circuit Court of New Hampshire for Electronic Filing.

NHJB-2506-Pe (06/19/2015)

# IMPORTANT INFORMATION
## Guardianship Over Person
## Incapacitated

**Forms enclosed:**

**Guardian Over Person Order.** Must be kept by the guardian for the records of the guardianship. The order specifies the rights, duties and powers of the guardian.

**Certificate of Appointment (Letter of Appointment with court seal).** Must be kept by the guardian for the records of the guardianship. Additional Certificates of Appointment may be obtained from the probate division for an additional fee.

**Following are the forms that are likely to be required for this case:**

**Annual Report of the Guardian of the Person** RSA 464-A:35 requires that the guardian of an incapacitated person (ward) file an annual report each year to report on the general status of the ward. This form serves as that report.

**Motion To Terminate Guardianship** This form is filed with the court to request that a guardianship be terminated.

**Other forms may be required. Unless otherwise allowed, all filings are to be done electronically through the e-File icon at the courts website: www.courts.nh.gov**

This electronic certification stamp meets the statutory requirement for certified or attested documents pursuant to Supplemental Rules of the Circuit Court of New Hampshire for Electronic Filing.

NHJB-2506-Pe (06/19/2015)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

6th Circuit - Probate Division - Concord  
2 Charles Doe Drive, Suite 1  
Concord NH 03301

Telephone 1-855-212-1234  
TTY/TDD Relay: (800) 735-2964  
https://www.courts.nh.gov

## IMPORTANT DUE DATES

Case Name:     **Guardianship of William S Justice**  
Case Number:   **317-2025-GI-00085**

The court has appointed Wanda J Duryea as guardian(s) in this case. If there is an attorney for the fiduciary, the signed certificate of appointment has been sent to the attorney's office. Please note the following forms are due on the dates listed below.

| Form Name | Due Date |
| --- | --- |
| Annual Report | February 18, 2026 |

Please Note:  
If you fail to file these forms on time, you may be subject to late fees and/or an order to appear before the court. An information sheet describing the forms and instructions which may be needed for this case is enclosed.

The guardian is responsible for notifying the court of address changes for any party in the case.

February 19, 2025

Kimberly A. Bonenfant  
Clerk of Court

C: Wanda J Duryea

This electronic certification stamp meets the statutory requirement for certified or attested documents pursuant to Supplemental Rules of the Circuit Court of New Hampshire for Electronic Filing.

NHJB-2506-Pe (06/19/2015)

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

6th Circuit - Probate Division - Concord  
2 Charles Doe Drive, Suite 1  
Concord NH  03301

Telephone: 1-855-212-1234  
TTY/TDD Relay: (800) 735-2964  
https://www.courts.nh.gov

## GUARDIAN OVER THE PERSON ORDER

Case Name:   **Guardianship of William S Justice**  
Case Number: **317-2025-GI-00085**

After a hearing held at this court, and upon due consideration of the petition for guardianship filed by **Wanda J Duryea** and all the evidence proffered thereon, and with the assent of **William S. Justice**, the court renders the following findings as required by RSA 464-A:9, III (a)-(d), namely:

(a) **William S Justice** ("ward") is incapacitated.

(b) Guardianship is necessary as a means of providing for the ward's continuing care, supervision, and rehabilitation.

(c) There are no available alternative resources which are suitable with respect to the ward's welfare, safety or rehabilitation.

(d) Guardianship is appropriate as the least restrictive form of intervention consistent with the preservation of the ward's civil rights and liberties.

The court finds that the ward is incapable of exercising the following rights, namely, the right to:
Travel or decide where to live.

Refuse or consent to medical or other professional care, counseling, treatment or service, including the right to be admitted or discharged from any hospital or other medical institution providing such at the lawful direction of the guardian of the person.

Grant release of, withhold, deny, or refuse authorization for the guardian of the person to obtain access to and release of the ward's confidential records and papers insofar as the same may be reasonably needed by the guardian of the person to ensure that the ward's mental, emotional and physical health concerns are properly addressed and treated, **provided, however, the ward shall continue to have the right to access his confidential records and papers himself.**

Case Name: <u>Guardianship of William S Justice</u>
Case Number: <u>317-2025-GI-00085</u>
<u>**GUARDIAN OVER THE PERSON - ORDER**</u>

## APPOINTMENT

The court appoints **Wanda J Duryea** as guardian over the person of the ward. The guardian's mailing address is **1137 Meaderboro Rd  Farmington NH  03835** and his/her telephone number is **(603) 923-2793**. The guardian is granted the right to exercise those rights as specified in this document, subject to any limitations imposed upon the guardian under RSA 464-A, and such other limitations including but not limited to those listed in this document.  The guardian of the person shall act with respect to the ward in a manner which safeguards, to the greatest extent possible, the ward's civil rights, and shall restrict the ward's personal freedom only to the extent necessary.

## GUARDIANSHIP OF THE PERSON

The guardian of the person shall have all the rights and powers specified herein, subject to those orders and limitations also specified herein, namely:

The right and authority to determine where the ward travels or lives.

The right and authority to determine if refusal should be made or consent should be given to any medical or other professional care, counseling, treatment, or service provided however, that:

a. The guardian of the person shall not have the right or authority to place the ward in the New Hampshire Hospital or a similar state institution, except pursuant to RSA 464-A:25 I,(a), without the prior approval of the court; and

b. The guardian of the person shall not have the right or authority to give consent to or contract for psychosurgery, electroshock therapies, sterilization or any other experimental or extraordinary treatment or procedure of any nature without the prior approval of the court.

The right and authority to gain access to all confidential records and papers of the ward for the limited purpose of assessing and addressing the ward's personal needs and concerns from time to time.

The duty to file an annual report of the present status, circumstances, and condition of the ward within ninety (90) days of each anniversary date of appointment in accordance with the provisions of RSA 464-A:35.

To the extent not otherwise encompassed within the foregoing, the guardian of the person shall have all of the rights, powers and authorities set forth in RSA 464-A:25.

Any and all powers of attorney executed by the ward naming an agent to act under a general or financial power of attorney or an agent under a health care power of attorney are hereby REVOKED.  This order appointing a guardian of the person and/or estate supersedes the powers of attorney.

The authority of the guardian of the person shall include authority to apply for retirement, state and federal benefits, including Medicaid.  The authority of the guardian of the person shall include authority to request and obtain any and all financial and/or bank account information necessary for such applications or for any other purpose.  The guardian of the person shall have the authority to close any bank accounts, debit card accounts, Venmo, PayPal accounts and any other financial accounts if the ward's balance from all accounts is $2,500 or less.  All funds from closed accounts shall be transferred to the representative payee.

Case Name: <u>Guardianship of William S Justice</u>

Case Number: <u>317-2025-GI-00085</u>

**GUARDIAN OVER THE PERSON - ORDER**

This order shall become effective only upon receipt and approval of the bond which the guardian has been ordered to file, and the court's further signature below acknowledging and approving the filing of the bond.

**Judge Signature:**

February 18, 2025
Date

*/s/ Michael P. Panebianco*
Judge Michael P. Panebianco

The bond as ordered having been filed and approved, the above order is issued and effective this date.

**Ordered by the Court:**

February 18, 2025
Date

*/s/ Michael P. Panebianco*
Judge Michael P. Panebianco

NHJB-2446-Pe (10/01/2023)

Case Name: <u>**Guardianship of William S Justice**</u>
Case Number: <u>**317-2025-GI-00085**</u>
<u>**GUARDIAN OVER THE PERSON - ORDER**</u>

# NOTICE TO WARD

The within order appoints **Wanda J Duryea** as guardian over your person. You have the right to seek alteration or termination of this guardianship at any time.

You have the right to appeal this order and the guardianship appointment(s). To appeal, you must file a notice of appeal with the clerk of the New Hampshire Supreme Court within thirty (30) days of the date of this notice.

Unless filed electronically in accordance with the New Hampshire Supreme Court rules, any appeal to the New Hampshire Supreme Court should be addressed as follows:

        **Clerk of Court**
        **New Hampshire Supreme Court**
        **One Charles Doe Drive**
        **Concord, New Hampshire 03301**