UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

**William Justice pro se**

Plaintiff(s)

v.

**Christopher T. Sununu, et al.**

Defendant(s)

Case No. 1_20_CV_00517_PB

FILED - USDC -NH
2025 MAR 24 PM 12:15

MOTION TO/FOR **Withdraw Summons for Eric Hansmeier**

(enter title of motion)

As Instructed by Judge Barbadoro no previously dismissed defendants can be added with the Amended complaint.

Enter text of motion using numbered paragraphs (explain what you want the court to do). The field will expand as you type.

Date: 03/24/25 (Mon.)

*William S. Justice*
Signature

MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☑ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

USDCNH-101 (Rev. 12/1/21)

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☒ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☐ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was electronically filed in the court's electronic filing system and served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):
Catherine A. Denny, Esq., AAG
NH Dept. of Justice
1 Granite Place South
Concord, NH 03301

Person(s) served by hand:
Kelly Otis (Case Manager)
US Dist. Court (NH)
55 Pleasant St., Rm. 110
Concord, NH 03301

Date of Service: 03/24/25 (Mon.)

Signature: /s/ William S. Justice
Name: William S. Justice
Address:

51 Storrs St. Apt 310 Concord, NH 03301
Phone: 603-931-6357
Email: gentlegiant03301@yahoo.com

William S. Justice
51 Storrs Street, #310
Concord, NH 03301

Kelly Otis, Case Manager
US Dist. Court (NH)
55 Pleasant St., Rm 110
Concord, NH 03301