**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
William Soler Justice,                          \*
                                                \*
                    Plaintiff,                  \*
        v.                                      \*        Civil No. 1:20-cv-00517-PB
                                                \*
Christopher T. Sununu, et al.,                  \*
                                                \*
                    Defendants.                 \*
                                                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ACCEPTANCE AND DECLINATION OF SERVICE

NOW COMES the New Hampshire Office of the Attorney General ("AGO"), and pursuant to this Court's Service Order dated March 17, 2025, hereby submits the following notice:

1.      Following the Court's Service Order dated March 17, 2026, the AGO contacted each of the New Hampshire State Prison ("NHSP") Defendants to confirm whether they wish to be represented in this case by the AGO pursuant to RSA 99-D.

2.      Pursuant to the Agreement of Service between the Clerk of Court and the Office of the Attorney General, the latter hereby accepts service of the docketed pleadings and orders on behalf of the following defendants, waiving all of the formalities of service, but otherwise preserving all jurisdictional, procedural, and substantive defenses:

        a.      Jonathan Boisselle

        b.      Riley Morissette

        c.      Kenneth Kum

3.     The Office of the Attorney General hereby declines service of the docketed

pleadings and orders on behalf of the following defendants, and provides their last known

addresses as follows:

a.     Spencer Ryan
       57 Fairview Street
       Laconia, NH 03246

b.     Bret Richardson
       23 Cabernet Drive, Unit 3
       Concord, NH 03303

Respectfully submitted,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: April 1, 2025                    /s/ Catherine A. Denny
                                        Catherine A. Denny, Bar #275344
                                        Assistant Attorney General
                                        Civil Bureau
                                        NH Department of Justice
                                        1 Granite Place South
                                        Concord, NH 03301
                                        catherine.a.denny@doj.nh.gov
                                        (603) 271-1354

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed to Plaintiff at 51 Storrs St., #310, Concord, NH 03301 on this same date.

Dated: April 1, 2025                    /s/ Catherine Denny
                                        Catherine A. Denny