# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED APR 10 2025
U.S. MARSHALS SERVICE

FILED - USDC -NH 2025 MAY 12 PM4:14

| Field | Value |
|---|---|
| PLAINTIFF | William Soler Justice |
| COURT CASE NUMBER | 20-cv-517-PB |
| DEFENDANT | State of NH, Governor, et al. |
| TYPE OF PROCESS | 4/7/2025 End. Order, 131, 132 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Spencer Ryan
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
57 Fairview Street, Laconia, NH 03246

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States District Court
55 Pleasant St, Room 110
Concord, NH 03301

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 603-225-1473
DATE: 4/8/25

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 3
District of Origin No.: 49
District to Serve No.: 49
Signature of Authorized USMS Deputy or Clerk: Adele Duchesneau
Date: 4/11/25

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date / Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: DUSM McAvoy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: Attempted delivery three times 4/29/25 11AM 4/30/25 945AM 5/8/25 4pm On 5/8/25 I spoke with a adult female at the residence who said that Spencer Ryan had not lived there in years

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| William Soler Justice | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 20-cv-517-PB |
| State of NH, Governor, et al. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Spencer Ryan
57 Fairview Street
Laconia, NH 03246

RECEIVED
APR 10 2025
U.S. MARSHALS SERVICE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

US District Court
District of New Hampshire
55 Pleasant Street, Room 110
Concord, NH 03301-3941

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/08/2025

/s/ Kellie Otis
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-517-PB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                   *Server's signature*

                                   _____
                                   *Printed name and title*


                                   _____
                                   *Server's address*

Additional information regarding attempted service, etc:

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 04/08/2025 at 12:55:24 PM EDT and filed on 04/07/2025
**Case Name:**       Justice v. Governor, NH, State of et al
**Case Number:**    1:20-cv-00517-PB
**Filer:**
**Document Number:**

Docket Text:
**ENDORSED ORDER re [139] Agreement of Acceptance of Service. *Text of Order: The Office of the Attorney General declines service of the docketed pleadings and orders on behalf of defendants Spencer Ryan and Bret Richardson (Doc. No. [139]). The clerk's office is instructed to complete and issue a summons for those defendants, using the last known address provided, and forward the summonses, along with copies of this endorsed order, the amended complaint (Doc. No. [131]) and the addendum (Doc. No. [132]) to the U.S. Marshals Service, to complete service on him or her in accordance with this Order and Fed. R. Civ. P. 4(c)(3) and 4(e). Defendants are instructed to answer the Complaint within twenty-one days of service. See Fed. R. Civ. P. 12(a)(1)(A). So Ordered by Judge Paul J. Barbadoro.(ko)***