UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
William Soler Justice,              *
                                    *
            Plaintiff,              *
   v.                               *   Civil No. 1:20-cv-00517-PB
                                    *
Christopher T. Sununu, et al.,      *
                                    *
            Defendants.             *
                                    *
*************************************
```

### DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINES

Defendants, by and through counsel, the New Hampshire Office of the Attorney General, hereby submits the following Motion to Extend Dispositive Motions Deadlines, stating as follows:

1. This Court approved the parties' request to set deadlines in May 2025. These deadlines included the following:

   - Deadline to serve additional discovery requests (limited to newly-added defendants)– 7/1/2025
   - Deadline to depose Plaintiff – 7/30/2025
   - Plaintiff's expert disclosure – 7/15/2025
   - Defendants' expert disclosure – 9/1/2025
   - Expert deposition completion deadline– 10/1/2025
   - Motion for Summary Judgment deadline – 11/3/2025
   - Objection to MSJ – 12/3/2025
   - Reply to Objection to MSJ – 12/17/2026

2. On August 29, 2025, Defendants requested a 30-day extension to complete their expert disclosures due to Plaintiff's delay in producing his expert's report, which this Court

granted. The parties have substantially completed and followed all other deadlines according to the schedule set forth above.

3. Defendants now respectfully request a 14-day extension of the dispositive motion deadlines. Undersigned counsel seeks this extension due to several competing deadlines and hearings in undersigned counsel's other matters, making it difficult to complete its motion for its eleven clients by November 3, 2025 (the current deadline). Defendants request the deadlines adjusted as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| Motion for Summary Judgment | November 3, 2025 | November 17, 2025 |
| Objections to Motion for Summary Judgment | December 3, 2025 | December 17, 2025 |
| Reply to Objection to Motion for Summary Judgment | December 17, 2025 | December 31, 2025 |

4. Defendants requested assent from Plaintiff, and Plaintiff's guardian, Wanda Duryea, responded that Plaintiff does not assent to the requested relief.

WHEREFORE, Defendants respectfully request that this Court:

A. Grant this Motion;

B. Extend the deadlines as requested herein; and

C. Grant any other relief as the Court deems reasonable.

    Respectfully submitted,

    DEFENDANTS:
    HELEN HANKS, PAULA MATTIS, DEBORAH ROBINSON, CARLENE FERRIER, FRANK LOGAN, III, JOSHUA DEBLOIS, BENJAMYN CARVER, PAGE KIMBALL, RILEY MORISSETTE, JONATHAN BOISSELLE, KENNETH KUM

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: October 17, 2025

/s/ *Catherine A. Denny*
Catherine A. Denny, Bar #275344
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
catherine.a.denny@doj.nh.gov
(603) 271-1354

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed to Plaintiff at 51 Storrs St., #310, Concord, NH 03301 on this same date.

Dated: October 17, 2025

*/s/ Catherine Denny*
Catherine A. Denny