UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
William Soler Justice,               *
                                     *
          Plaintiff,                 *
     v.                              *   Civil No. 1:20-cv-00517-PB
                                     *
Christopher T. Sununu, et al.,       *
                                     *
          Defendants.                *
                                     *
*************************************
```

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Helen Hanks, Paula Mattis, Deborah Robinson, Carlene Ferrier, Frank Logan, Joshua Deblois, Benjamyn Carver, Page Kimball, Riley Morissette, Johnathan Boisselle, and Kenneth Kum, by and through counsel, the New Hampshire Department of Justice, hereby move for summary judgment. The bases for this motion are set forth in Defendants' accompanying memorandum of law and incorporated statement of undisputed facts.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' motion for summary judgment for the reasons set forth in their accompanying memorandum of law.

Respectfully submitted,
DEFENDANTS:
HELEN HANKS, PAULA MATTIS, DEBORAH ROBINSON, CARLENE FERRIER, FRANK LOGAN, III, JOSHUA DEBLOIS, BENJAMYN CARVER, PAGE KIMBALL, RILEY MORISSETTE, JONATHAN BOISSELLE, KENNETH KUM

By their attorney,

1

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: November 24, 2025

/s/ *Catherine A. Denny*
Catherine A. Denny, Bar No. 275344
Assistant Attorney General
Duncan A. Edgar, Bar No. 266272
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
catherine.a.denny@doj.nh.gov
(603) 271-1354

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed to Plaintiff at 51 Storrs St., #310, Concord, NH 03301 on this same date.

Dated: November 24, 2025

/s/ *Catherine Denny*
Catherine A. Denny