**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

```
*************************************
William Soler Justice,               *
                                     *
          Plaintiff,                 *
   v.                                *    Civil No. 1:20-cv-00517-PB
                                     *
Christopher T. Sununu, et al.,       *
                                     *
          Defendants.                *
                                     *
*************************************
```

## DECLARATION OF CATHERINE DENNY

1. My name is Catherine Denny and I am an attorney for the Defendants in the above-captioned matter. I am providing this declaration in support of the Defendants' Motion for Summary Judgment.

2. Attached to this declaration are true and correct copies of the documents listed in the table below.

| Exhibit | Description |
|---|---|
| 1. | CONFIDENTIAL FILED UNDER SEAL 2.18.2018 Medical Records |
| 2. | CONFIDENTIAL FILED UNDER SEAL 4.10.2018 Medical Records |
| 3. | CONFIDENTIAL FILED UNDER SEAL 7.13.2018 Medical Records |
| 4. | CONFIDENTIAL FILED UNDER SEAL 1.22.2019 Medical Records |
| 5. | 18.02.18 Incident Reports_DOC_001-009 |
| 6. | 18.04.10 Incident Report_DOC_010 |
| 7. | 18.07.13 Incident Reports_DOC_011-020 |
| 8. | 19.01.22 Incident Reports_DOC_021-026 |

| 9.  | CONFIDENTIAL FILED UNDER SEAL Logan Med Docs 1.22.19 (DOC_003016-003018) |
|-----|---------------------------------------------------------------------------|
| 10. | DOC_002925-2942 PPD 382 Use of Force_Redacted |
| 11. | William Justice Deposition Transcript Excerpt |
| 12. | 2.8.2018 Involuntary Commitment Order (ECF 1-45) |
| 13. | 7.12.2019 Letter Dr Hink re Admission to NHH (ECF 132-14) |
| 14. | Declaration NHDOC Custodian of Records |
| 15. | Declaration of Benjamyn Carver |
| 16. | Declaration of Frank Logan |
| 17. | Declaration of Jonathan Boisselle |
| 18. | Declaration of Joshua Deblois |
| 19. | Declaration of Kenneth Kum |
| 20. | Declaration of Page Kimball |
| 21. | Declaration of Riley Morissette |

**I declare under penalty of perjury that the foregoing is true and correct. Executed on the date listed below.**

Date: November 24, 2025                   /s/ Catherine Denny
                                                                    Catherine Denny