# USE OF FORCE REVIEW
## New Hampshire Department of Corrections – Division of Medical & Forensic Services

To: Director Paula Mattis          Date: 2/18/18

From: Captain Marshall / NHDOC SPU/RTU Security

Subject: Use of Force Review

Involved ECD? X
Involved OC? ___

---

**ASSIGNED SUPERVISOR:**

PPD 5.58 requires that a review be completed of any non-routine use of force that occurs within a NH Department of Corrections Facility. Please review the below referenced incident and provide a written summary to me no later then the identified date. The summary should include:

- X RLM — Review of the submitted documentation to ensure that it was complete and accurate.
- X RLM — Review of staff action to ensure compliance with PPD 5.58 and all other relevant policies.
- X RLM — Was incident video taped? X (Yes/No). If yes; hand held ___, facility system X. (Check all that apply)
- N/A — Review all available video from beginning to end. Verify that this was done ___ (Initials). *If incident was not video taped, explain in detail why in summary.*
- X RLM — Recommendations (if any):

Incident Date/Time: 2/18/18 @ 16:35, Location: SPU - INF CELL 5

Reporting Staff Member: CPL R. MURRAY      Primary Inmate: SOLER, WILLIAM #42507

Due date of Summary: _____

Specific issues to be addressed and reviewed:

THE HAND HELD VIDEO CAMERA WAS UNAVAILABLE DUE TO THE BATTERY NOT BEING CHARGED. OIC's MUST ENSURE THAT THE VIDEO CAMERA IS PLUGGED IN AND CHARGING WHEN IT'S NOT IN USE. THE INCIDENT SHOULD HAVE BEEN RECORDED BY THE FACILITY SYSTEM.

OIC Signature
New Hampshire DOC SPU/RTU

**CAPTAIN:**
Comments: No issue to report other than handheld camera cable need to be replaced due to it's charging ability. A loose connection doesn't allow the battery to charge all the time. PPD 5.58 followed with all paperwork attached.

Captain's Signature

**DIRECTOR:**
Comments and Directed Action:

Concur.

Director's Signature

DOC_001

Review is to be maintained in a file in the Director's Office. The review will be forwarded to the Commissioner if so directed by the Director.

State of New Hampshire

Department of Corrections

Incident Report

Page 1 of 3

| | | | |
|---|---|---|---|
| **Facility:** | Secure Psychiatric Unit | **Incident Number:** | 2018-229 |
| **Housing Level:** | SPU, Infirmary | **Date/Time of Incident:** | 2/18/18 16:35 |
| **Criminal Investigator Number:** | | | |
| **Supervisor:** | Murray, Robertson | **Investigation Staff:** | Marshall, Scott |
| **Incident Type:** | | | |

**Summary of Events:** On 02/18/2018 at approximately 1635 in infirmary cell number 5 resident Soler, William ID # 42507 was extracted from his room and put onto a 4pts stretcher/bed. Resident Soler was banging nonstop for approximately 45-50 minutes before his extraction to stretcher took place. Resident Soler was upset because he says that he was promised a pin number to use the phone by Stephanie Bradley, Christine O'Connor, and Sgt. McFarver so that he could call his family.

Cpl. Murray tried to explain to him numerous times that it was Sunday and if he doesn't have it by now it will have to wait until normal business hours during the week. Resident Soler continued to bang and call staff names and then said on numerous occasions "I am ready for combat and I will continue to bang and yell until I get my pin number." Soler was then spoken to by RN Lombard who also tried reasoning with him to get him to calm down. RN Lombard made the decision that resident Soler needed to be put into 4pts. Cpl. Kimball tried numerous times to get Soler to cuff-up before we had to go in and get him. I (C.O. DeBlois) did a spark test with the Taser trying to get him to cuff up before we had to go in as well. Soler then stripped naked and went to the back of his room and stood on his bed in the corner next to the table. After suiting up with vests and helmets Cpl. Kimball was on the shield, I (C.O. DeBlois) was second with the Taser, Then C.O. Morisette, C.O. Ryan, and C.O. Richardson.

Upon entering Soler's cell he was again told to get down and cuff up but refused. We entered the room and Cpl. Kimball pushed Soler into the corner with the shield as he was refusing to cuff up, so I pulled the trigger on the Taser and the prongs struck just below his left nipple and the other about 8 inches down into his mid-section and the third point of contact was placed on his hip/thigh area because of how he was situated. Once the Taser was timed out Soler was down on his bed and the shield was ripped off of him and tossed aside where staff then cuffed him up. The cuffs were applied by Cpl. Kimball double locked and then checked for capillary flow. Staff then moved Soler to the portable stretcher where RN Lombard removed the two Taser prongs and the copper wire from the Taser. Staff then strapped his legs and wrists into Humane Restraint Cuffs while strapping him to the stretcher with the stretcher belt attachments.

**Recommendations:**

**Resolution:**

Staff's Signature   Joshua N. DeBlois C.O.    Date 2/18/18

State of New Hampshire
Department of Corrections

Incident Report

Page 2 of 3

**Clients Involved:**

| Client Name | Action Taken | Injury Source | Restraint Used |
|---|---|---|---|
| SOLER, WILLIAM JR (42507) | | | |

**Staff Involved:**

| Staff Name | Injury Source |
|---|---|

**Civilians Involved:**

| Civilian Name | Injury Source |
|---|---|

**Visitors Involved:**

| Visitor Name | Injury Source |
|---|---|

State of New Hampshire

Department of Corrections

Incident Report

Page 3 of 3

**Evidence Photos:**



# State of New Hampshire

**DEPARTMENT OF CORRECTIONS**

P. O. Box 1806
CONCORD, NH 03302-1806
(603) 271-5600

## STATEMENT FORM

ON 2/18/18 (Date) AT 20:20 (Time) AT SPU Security Office (Place)

I R. Murray (Name) GAVE TO _____ (Investigator's Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

On the above date at approximately 1835 I attempted to use the hand held video camera to record an incident with Resident Soler, William #42507. Shortly after I turned on the camera I saw a message on the screen stating that the battery was low and the camera was going to shut down. The screen then turned black. None of the incident was recorded on the hand held camera.

COR-5      PAGE 1 OF 1      CASE NO. _____

DOC_005



# State of New Hampshire

**DEPARTMENT OF CORRECTIONS**
P. O. Box 1806
CONCORD, NH 03302-1806
(603) 271-5600

## STATEMENT FORM

ON __02-18-2018__ AT __1635__ AT __SPU INFIRMARY__
      (Date)         (Time)           (Place)

I __CO. MORISSETTE__ GAVE TO __CPL. MORISSETTE__
         (Name)                    (Investigator's Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

ON THE ABOVE DATE AT APPROX. 1635, I CO. MORISSETTE, ENTERED INF. 5 TO ASSIST EXTRACTING SOLER, WILLIAM #42507 TO BE PLACED IN RESTRAINTS. I HEARD CPL. KIMBALL GIVE CLEAR AND DIRECT ORDERS FOR SOLER TO CUFF UP. I ENTERED INF. 5 AND ASSISTED GETTING SOLER PLACED INTO HANDCUFFS. I GRABBED SOLERS LEFT LEG TO GET HIM STRAIGHTENED OUT SO CUFFS COULD BE APPLIED. I PLACED MY LEFT KNEE ON SOLER'S LEFT HAMSTRING WHILE THE CUFFS WERE BEING APPLIED. I THEN PUT BOTH OF SOLER'S LEGS INTO RESTRAINT CUFFS. I ASSISTED WITH TRANSPORTING SOLER FROM HIS BED TO THE STRETCHER. I SECURED THE MID SECTION STRAP. I EXITED THE ROOM. EOS.

CO. MORISSETTE

COR-5          PAGE ___ OF ___          CASE NO. ___

DOC_006



# State of New Hampshire

**DEPARTMENT OF CORRECTIONS**
P. O. Box 1806
CONCORD, NH 03302-1806
(603) 271-5600

STATEMENT FORM

ON 2/18/18 AT 2030 AT SPU Office
    (Date)        (Time)        (Place)

I CO RYAN GAVE TO _____
   (Name)                (Investigator's Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

On the above date at approx 1630, I C.O. Ryan was on the cell extraction team to place Patient Soler JR, William F42507 into 4PTS by request of RN Lombard. Cpl. Kimball tried many times to get Soler to come to the tray slot and cuff-up he refused. At this time we entered Soler's cell Infirmary Cell 5. CPL Kimball was on shield, C.O. Deblois was second with taser then C.O. Morisette, and myself next in and C.O. Richardson was last man in. Kimball was able to push Soler with the shield and the taser was deployed. I helped secure Soler's body and we were able to cuff him up suscessfully and place him into the 4PTS - Stretcher.
EOS C.O. RYAN

COR-5           PAGE __ OF __           CASE NO. _____

DOC_007

# State of New Hampshire



**DEPARTMENT OF CORRECTIONS**

P. O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

STATEMENT FORM

ON __2/18/18__ AT __2135__ AT __SPU OFFICE__
       (Date)           (Time)              (Place)

I __BRET RICHARDSON__ GAVE TO _____
         (Name)                              (Investigator's Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

ON THE ABOVE DATE, AT APPROXIMATELY 1630, I ENTERED PT. WILLIAM SOLAR'S ROOM WITH OTHER SPU SECURITY STAFF TO RESTRAIN AND PLACE PT IN THE STRETCHER RESTRAINT. AFTER THE TASER WAS DEPLOYED I SECURED PT'S LEGS AND ASSISTED WITH PLACEMENT OF ANKLE RESTRAINTS. I ALSO SECURED THE 2 LOWER STRAPS ON THE STRETCHER RESTRAINT. EOS

COR-5              PAGE ___ OF ___              CASE NO. ___



# State of New Hampshire

## DEPARTMENT OF CORRECTIONS
P. O. Box 1806
CONCORD, NH 03302-1806
(603) 271-5600

## STATEMENT FORM

ON  2/18/18 SUNDAY  AT  1630  AT  SECURE PSYCHIATRIC UNIT ROOM FIVE
     (Date)              (Time)         (Place)

I  CPL PAGE KIMBALL  GAVE TO _____
        (Name)                    (Investigator's Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

I WAS PART OF A TEAM THAT PLACED WILLIAM SOLER #42507 IN A STRETCHER RESTRAINT. THE NURSE INFORMED ME THAT MR SOLER #42507 NEEDED TO GO INTO THE STRETCHER AND I INSTRUCTED THE TEAM TO GET ON HELMETS + VESTS. THE UNIT TEAM WORKED AS ONE, AS WE WENT INTO INFIRMARY ROOM FIVE OF THE SECURE PSYCHIATRIC UNIT WHICH IS A CAMERA ROOM. MR WILLIAM SOLER #42507 WAS PLACED IN THE STRETCHER RESTRAINT WITHOUT INJURY TO STAFF. EOS

COR-5                PAGE ___ OF ___                CASE NO. ___

DOC_009