State of New Hampshire

Department of Corrections

Running Report

| | |
|---|---|
| Name: **Soler Jr, William** | DOC# **42507** |
| | Age at Date of Print: **47** |
| Birth Date: **02/05/1976** | Custody Release Dates |
| | Earliest: |
| Current Housing Level: | Current: |
| | Maximum: |
| Address: | Supervision Start Date: |
| | Supervision End Date: |

| DATE/TIME | ENTRY TYPE | EVENT |
|---|---|---|
| 04/10/2018 20:19 | Incident | 2018 - 466 |

Notes   FACILITY: Secure Psychiatric Unit
LEVEL 1: SPU
LEVEL 2: E WARD
DESCRIPTION: On 4/10/18, I C/O Logan was conducting a security round on Echo tier. I observed Echo 10 with his mattress against the bottom of the cell door. I asked Inmate Soler why he was blocking the door and to remove the mattress. He started to move toward the open seem between the door and wall with what appeared to be a Styrofoam cup of an unknown fluid. I believed that he was about to throw urine on me, as he has stated and documented on numerous occasions. I deployed the Pepper spray at the upper seem of the door in an attempt to stop him from throwing the unknown fluid. I withdrew from the area and informed the Sgt. Carver of the incident. C/O Seabron and myself went back to Echo 10 and tried to ask Soler to cuff up to be placed into the shower to be decontaminate. He refused by stating "Fuck you, you little faggot!" over and over. Staff withdrew from the tier to report the failed attempt and to formulate a plan. C/o Seabron, C/O Ryan, Nurse John and myself went back to the tier and again attempted to have Soler cuff up. I observed a cup of yellow fluid in the right hand of Soler when we arrived at the cell. After several direct orders to empty the cup, cuff up, and come to the door, staff was then able to place him into handcuffs and escort him to Echo shower. The three security staff members went back to Echo 10 and found the cup of yellow fluid inside the cell. The units video camera was retrieved to record the incident after the pepper spray was deployed. Written by C/O Logan
SEEN BY MEDICAL: YES

AUTHOR:   Carver, Benjamyn

DOC_010