# USE OF FORCE REVIEW
## New Hampshire Department of Corrections – Division of Medical & Forensic Services

| | | |
|---|---|---|
| To: | Director Mattis, NHDOC Medical and Forensic Services | Date: 7/13/2018 |
| From: | Captain Marshall, NHDOC SPU/RTU Security | |
| Subject: | Use of Force Review | Involved ECW? __<br>Involved OC? __X__ |

**ASSIGNED SUPERVISOR:**

PPD 5.58 requires that a review be completed of any non-routine use of force that occurs within a NH Department of Corrections Facility. Please review the below referenced incident and provide a written summary to me no later then the identified date. The summary should include:

__X__    Review of the submitted documentation to ensure that it was complete and accurate.

__X__    Review of staff action to ensure compliance with PPD 5.58 and all other relevant policies.

__X__    Was incident videotaped? __Yes__. If yes; hand held __X__, facility system ____.
         (Yes/No)                              (Check all that apply)

__X__    Review all available video from beginning to end. Verify that this was done __ɩ___.
         *If incident was not video taped, explain in detail why in summary.*         (Initials)

__X__    Recommendations (if any):

Incident Date/Time: 7/13/18 @ 1850hrs, Location: Medical and Forensic SPU – Echo nine

Reporting Staff Member: Sergeant Carver    Primary Inmate/Patient: Soler William #42507

**Due date of Summary:** _____

Specific issues to be addressed and reviewed:

No issues when reviewing the held footage at this time, the facility cameras do not record inside of the cell.

*OIC Signature*
*New Hampshire DOC SPU/RTU*

**CAPTAIN:**
Comments:    See Attachment

*Captain's Signature*

**DIRECTOR:**
Comments and Directed Action:

Agree with Acting Captain Buduris assessment.

*Director's Signature*

DOC_011



# STATE OF NEW HAMPSHIRE
# DEPARTMENT OF CORRECTIONS
# NEW HAMPSHIRE STATE PRISON - CONCORD

P.O. BOX 14
CONCORD, NH 03302-0014
603-271-1801   FAX:603-271-4092
TDD Access: 1-800-735-2964

**Director Paula Mattis**

To : Director Paula Mattis                                Date : 7/17/18

From : Sgt. Barbaro

Subject : Resident Soler, William #42507.  Use of Force Review for incident on 7/13/18, at 1850.

<u>I have completed the following review :</u>
Reviewed the incident report as well as, PPD 5.58.
Reviewed the hand held camera video

<u>I have made the following observations:</u>
Resident Soler blocked his cell window and vent with items to prevent staff from conducting safety checks on him.
Resident Soler refused staff orders to remove the items from his window and vent.
Resident Soler threatened staff with harm if they entered his cell.
Resident Soler refused to be handcuffed by staff through the cell's trayslot.
OC was deployed into resident Soler's cell/ Two OC canisters during this incident were defective.
Staff gave numerous orders to "Cuff up," through the cell's trayslot.
Resident Soler failed to comply to staff orders.
Resident Soler stated that staff would get "Fucked up," if they entered his cell
Again, resident Soler refused orders to be handcuffed by staff.
A security team entered the flooded cell.  Resident Soler was standing on the shelf in the cell.
The security team controlled and restrained resident Soler's body to the cell's bed area.
After, resident Soler was handcuffed the security team escorted him to the E ward shower for OC decontamination.
Due to the handcuff holes facing resident Soler's back it took approximately four minutes for staff to remove them.
RN Gagne assessed resident Soler's medical condition.

<u>I have made the following conclusion:</u>
St___ used necessary and reasonable force during this incident and followed PPD 5.58
Resident Soler refused medical attention from RN Gagne.

_____
Sgt. Barbaro

DOC_012

State of New Hampshire

Department of Corrections

Incident Report

Page 2 of 5

On the above date and at approximately 1500hrs, I Sergeant Carver was informed that Patient Soler, William #42507 had his window covered by Probation Parole Officer Boisselle. I walked down the tier to talk to Mr. Soler and to assess the situation. When I arrived, Mr. Soler started to use vulgar language and interrupted every chance I had to answer his remarks. Mr. Soler would not remove the paper from his window that was obstructing our view. Mr. Soler had covered his floor with water and all the trash inside of his cell. Mr. Soler was stating "Hey CO come in and slip, you're going to get hurt". "I can't wait to hurt you, Hey CO, Hey CO". I still attempted to get Mr. Soler to comply with my orders to remove the paper and still would not comply. I could see Mr. Soler through the vent for air and sound on the door. I instructed staff to use that to check on his wellbeing.

PPO Boisselle came to me later on in the shift and stated that Mr. Soler had covered his vent on the door. The ability for staff to visually check on his wellbeing was now absolutely zero. I attempted to talk to Mr. Soler and still had no effect as he still was using vulgar language. I then attempted to have Registered Nurse Phillips attempt to talk to Mr. Soler. Mr. Soler still continued to us vulgar language toward staff.
I then instructed Corrections Officer Kum to retrieve the unit's video camera to record the incident. Security staff walked down to Mr. Soler's cell with the units shield to protect them from any fluids if thrown through the tray slot. I again attempted to get him to remove the paper. It was explained to Mr. Soler on serval occasions that the paper prevent us the ability to check on his wellbeing. I instructed Mr. Soler to come to the door and cuff-up (allow staff to place hand cuffs on him through his tray slot). Mr. Soler continued to refuse and was singing (O' Madonna) in his cell. I instructed to Mr. Soler if he did not comply that I was going to use the unit's OC (oleoresin capsicum spray). Mr. Soler continued to refuse staffs orders and I deployed a one second burst of OC into the room. The OC spray went about two feet into the room and only for one quarter of the second burst. I attempted a second application and the container still failed to spray. A second canister was retrieved and was successful for approximately three feet into the cell. Mr. Soler was approximately ten feet from the door which and almost no effect. PPO Boisselle attempted to make contact with the can to see if it was an operator's error or the canisters malfunctioning. PPO Boisselle was able to get a small stream the dribbled out of the can. Security staff then had the door propped open attempting to have a better shot when using the OC spray. PPO Boisselle attempted a second time but still dribbled out of the can. The cell door was then closed.

I then instructed the security staff to put on the unit's protective equipment to remove Mr. Soler if he still continued to refuse to follow staffs orders. I stayed at the door with the video camera to record the audio from his cell. Mr. Soler was singing O' Madonna and talking about him getting hurt by staff when they enter the cell. Also talking about how staff is going to rush in and get "fucked up". RN Gagne was asked to come onto the tier due to his prior exposures to OC. When the team assembled at the cell door, I gave a brief description of the incident and introduced the security staff assigned to the extraction team. The cell door was then opened and the team entered the cell. Mr. Soler was driven to the back of the cell on his shelf and was brought down to his bunk. Mr. Soler was then laid down on his mattress and secured in handcuffs. Mr. Soler was then moved to Echo 10 and before the cuffs were removed, I instructed the team to escort him to the shower to provide him with a chance to decontaminate.
The hand cuffs when applied were facing key holes toward his back. Staff had a hard time in removing the handcuffs due to the placement and the size - mobility of Mr. Soler's hands/wrists. Security staff were able to remove the hand cuffs and RN Gagne offered medical attention. Mr. Soler refused medical attention and at some point gave RN Gagne the middle finger. Mr. Soler had stated that his hands were broken and medical staff conducted their assessment. The assessment was very vague due to Soler refusing to let them see his wrists/hands. I attempted to talk to Mr. Soler referencing his actions during the above incident and Mr. Soler stated that all staff are corrupt. Also Mr. Soler began using vulgar language again and gave this writer the middle finger. RN Gagne finally got Mr. Soler to except some medication (Ibuprofen) and was later removed from the shower. Mr. Soler refused to shower when placed into the shower and was placed into Echo ten.

Follow up: 2127hrs, Security staff will continue to monitor his behaviors. Also when his cell was clean his paper that were not wet, was placed into a bag to be given back later. Mr. Soler's glasses were broken during the incident. They were collected and RN Gagne took them to start the process of getting them replaced.

State of New Hampshire

Department of Corrections

Incident Report

Page 1 of 5

| | | | |
|---|---|---|---|
| **Facility:** | Secure Psychiatric Unit | **Incident Number:** | 2018-832 |
| **Housing Level:** | SPU,E WARD | **Date/Time of Incident:** | 7/13/18 21:27 |
| **Criminal Investigator Number:** | | | |
| **Supervisor:** | Carver, Benjamyn | **Investigation Staff:** | Marshall, Scott |
| **Incident Type:** | | | |

**Summary of Events:**

**Recommendations:**

**Resolution:**

_____     7/13/18
Staff's Signature                       Date

State of New Hampshire

Department of Corrections

Incident Report

Page 4 of 5

**Clients Involved:**

| Client Name | Action Taken | Injury Source | Restraint Used |
|---|---|---|---|
| SOLER, WILLIAM JR (42507) | | | |

**Staff Involved:**

| Staff Name | Injury Source |
|---|---|
| Ryan, Spencer T | |
| Carver, Benjamyn | |
| Seabron, Nathaniel P | |
| Kum, Kenneth K | |
| Logan, Frank | |
| Boisselle, Jonathan | |
| Phillips, Sherri Lee | |
| Gagne, Mark | |

**Civilians Involved:**

| Civilian Name | Injury Source |
|---|---|

**Visitors Involved:**

| Visitor Name | Injury Source |
|---|---|

 

# State of New Hampshire

Department of Corrections
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

## STATEMENT FORM

ON __7/13/18__ AT __Approx 1830__ AT __E-Ward room 9__
(DATE)                (Time)                    (Place)

I __PPO JONATHAN BOISSELLE__
(Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS/REPORTS.

On the above date and approximate time, officers responded to E-Ward. Officers throughout the night were attempting to gain compliance from client William Soler #42507 due to trashing his room and covering all points of view with newspapers and debris. Attempts to gain compliance were also made by nursing staff without resolution. Sgt Carver decided to try and utilize OC spray to gain compliance, however; Soler put himself in an elevated position on his wall desk and used a pad of papers to prevent being sprayed. The first OC canister appeared to be empty or close to, requiring a second can to be called for. The second can appeared to only be partially full and was used to the best of its ability given the circumstances. A third can was retrieved after the first two were unsuccessful.

As I could see Soler in an elevated position away from the door, I mentioned to Sgt Carver to have the door manually opened a crack which would provide me with an opportunity to get a clear shot with OC. As soon as the door opened, I made the attempt to spray Soler. The third can was found to have fluid inside, but didn't have any compression. As the button was depressed, OC fluid barely left the nozzle and was therefore rendered ineffective.

It was determined that a team would be established to enter room 9. Sgt Carver remained with the camera while the team got prepared. I was directed to be second to enter the room behind the shield, Officer Logan. Prior to entering the room, I conducted a helmet check on each officer to ensure that everyone was safe and ready to enter. I was assigned the upper right arm, however; upon entering, the floor was found to be very slippery as Soler had lubed the floor with multiple unknown substances. Once the shield made contact with Soler, I attempted to reach for his arms but he began to step down from his elevated position on his bedside by the window. As a direct result of his movements and where he was directed by the shield, his head laid opposite of my location and I ended up securing both of his legs. I secured his right leg by utilizing pain compliance with my right leg shin on the back of his lower calf/ankle. I used both hands to help secure his left leg additionally while other officers proceeded to secure Solers upper extremities and place him in handcuffs.

Soler was initially brought to room 10, however; it was decided we would bring him to the shower as a result of being exposed to OC spray. I helped Officer Logan escort Soler to the bathroom by taking control of Solers left arm with a 90/90 escort position. Soler was verbal, but cooperated walking to the bathroom. I initially assisted by trying to help officers maintain control of Solers hands as they attempted to remove cuffs that were put on with the key hole facing inward (towards his body). This made it difficult for officers to remove the cuffs from a tray slot due to limited spacing. After officers confirmed they had control, I stepped back away so they could have space to work. Soler grew agitated as officers struggled to remove the handcuffs and made multiple vulgar statements towards officers. At one point, Sgt Carver hands the video recorder to me and steps in to assist officers in removing the handcuffs. I videoed the remainder of the process until officers left.

Sgt Carver then takes possession of the camera again while Nurse Mark Gagne attempts to speak with Soler to check on his medical status. Soler was seen manipulating his wrist but complained they were broken. When the nurse attempted to have Soler conduct a few movements, Soler refused claiming that everyone was corrupt and he was refusing medical attention by nursing staff here at the facility.

End of Statement.                    _[signature]_  7/13/18

7/13/2018         COR-5              PAGE _1_ OF _1_              CASE NO. _____

DOC_017



# State of New Hampshire

**DEPARTMENT OF CORRECTIONS**
P. O. Box 1806
CONCORD, NH 03302-1806
(603) 271-5600

## STATEMENT FORM

ON __7/13/18__ AT __2000__ AT __SPU Security office__
(Date)         (Time)          (Place)

I __CO Ryan__ GAVE TO _____
  (Name)                  (Investigator's Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

On the above date at approx. 1830, I CO Ryan assisted with the cell extraction of patient Soler, Jr William #42507. I was third man in and helped secure Soler to the ground by his arm, at this time I pulled the shield out from under Soler, he was secured then escorted to Echo Shower. Soler was seen by medical staff.

EOS

CO /s/

COR-5          PAGE ___ OF ___          CASE NO. _____

# State of New Hampshire



Department of Corrections
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

STATEMENT FORM

ON __01/03/18__ AT __1830__ AT __SPU Security Office__
      (DATE)           (Time)              (Place)

I __Co. Seabron__

GIVE THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

On the above date and time I responded to E-ward (E-9) for resident Soler, William # 42507 who had covered all points of view in his room by covering his window with paper and other objects. After multiple attempts to gain compliance from Soler to remove the paper and make himself visible I opened his try slot and found him standing on his desk with a cup in his hand of an unknown substance , at which point I notified the 2nd shit OIC Sgt. Carver of the issue. After numerus commands for Soler to cuff up it was decided to use OC spray to gain compliance to which Soler refused, it was then determined that a team would be put together to perform a cell extraction of Soler. I was assigned the lower right portion of the body but upon entering the cell assisted in securing Soler's right arm. Soler was secured by the team then moved to E-10 at which point it was then decided that he would be escorted to the shower after being exposed to OC where I assisted in removing handcuffs from Soler through the try slot.  EOS

*[Signature]*  07-13-18

7/13/2018           COR-5           PAGE _1_ OF _1_           CASE NO. DOC_019



## State of New Hampshire

**Department of Corrections**
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

### STATEMENT FORM

ON __July 13, 2018__ AT __1830__ AT __Echo Tier Cell # 6__
      (DATE)            (Time)                (Place)

I _____ Officer Kum _____
                               (Name)

GIVE THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS.

On July 13, 2018 at approximately 1830 hours, I Officer Kum was video recording the incident on Echo tier cell # 9 occupied by resident Soler, Jr Williams # 42507. Resident Soler has boarded up and covered his cell window. Officer Seabron, Officer Logan, Officer Ryan, PPO Boisselle was also on scene.

Numerous times, Sergeant Carver had directed him to come and cuffed up. He refused. At that point OC spray was deployed. Sergeant Carver continued to instruct resident Soler to come and cuffed up. He refused and ignored Sergeant Carver directive. These go on for approximately twenty-five (25) minutes. Finally Sergeant Carver directed us to suit up for cell extraction. When the team has assembled, I Officer Kum was assigned to the lower left extremity. RN Gagne, Mark was on scene for the extraction.

Sergeant Carver then radioed control to open the cell door. As the cell door was opening, the extraction team begun to move in. Resident Soler was standing on top of the concrete table. Officer Logan has the shield. As soon resident Soler was brought down face down on the bed, I went for his lower extremities. I had my right sheen on his lower right extremity and my hands on his lower left extremity. I saw Officer Logan was trying to pull Soler's upper left extremity to his backed to be cuffed. As soon as Officer Logan got Soler's upper left extremity behind his back, I immediately put the cuffed on, and then his upper right extremity as soon as it was behind his back.

Resident Soler's cell was dirty, wet and slippery during the extraction. After the extraction, resident Soler was taken to the Echo shower for him to take a shower so that he can clean-up. EOS Kum

_[signature] @ 2030_