# USE OF FORCE REVIEW

**New Hampshire Department of Corrections – Division of Medical & Forensic Services**

**To:** Director Mattis, NHDOC Medical and Forensic Services Date: 1/22/2019

**From:** Captain Marshall, NHDOC SPU/RTU Security

**Subject:** Use of Force Review **Involved ECW?** _X_ **Involved OC?** __

**ASSIGNED SUPERVISOR:**

PPD 5.58 requires that a review be completed of any non-routine use of force that occurs within a NH Department of Corrections Facility. Please review the below referenced incident and provide a written summary to me no later then the identified date. The summary should include:

__X__ Review of the submitted documentation to ensure that it was complete and accurate.

__X__ Review of staff action to ensure compliance with PPD 5.58 and all other relevant policies.

__X__ Was incident videotaped? _Yes_ (Yes/No). If yes; hand held ___, facility system _X_ (Check all that apply).

__X__ Review all available video from beginning to end. Verify that this was done [initials] (Initials).
*If incident was not video taped, explain in detail why in summary.*

__X__ Recommendations (if any): None

Incident Date/Time: 1/22/2019 @1840 hours, Location: Medical and Forensic SPU – Infirmary

Reporting Staff Member: Sergeant Donlagic Primary Inmate/Patient: Soler, William #42507

**Due date of Summary:** 1/22/19

Specific issues to be addressed and reviewed:

Incident was an immediate use of force and therefore hand held device was not used. The facility cameras could not be reviewed due to investigations being the only ones that can review it.

Sgt. Donlagic [signature]
OIC Signature
New Hampshire DOC SPU/RTU

**CAPTAIN:**
Comments: PPD 5.58 followed all paperwork attached Facility camera reviewed. Use of force justified

Capt [signature]
Captain's Signature

**DIRECTOR:**
Comments and Directed Action:

All above.

[signature]
Director's Signature

DOC_021

**Review is to be maintained in a file in the Director's Office. The review will be forwarded to the Commissioner if so directed by the Director.**

**State of New Hampshire**

**Department of Corrections**

**Incident Report**



**Facility:** Secure Psychiatric Unit

**Incident Number:** 2019-115

**Housing Level:** SPU,Infirmary

**Date/Time of Incident:** 1/22/19 20:56

**Criminal Investigator Number:**

**Supervisor:** Donlagic, Ema E

**Investigation Staff:** Marshall, Scott

**Incident Type:**

---

**Summary of Events:** On 01/22/19 at approximately 1835 I observed Pt. Soler, William attempting to break his light in India 5. At which point I called for additional staff Soler refused to get off his desk and cuff up he also made statements such as" I'm going to jump and hit my head" and it appeared he was going to do so. It was then determined that we would enter the cell to secure Soler from self-harm at which point he attempted to hit Co. Logan. Soler was brought to the floor where he remained resistive refusing to put his hands behind his back to be handcuffed at which point I deployed the Taser hitting Solar in the upper right shoulder. Soler was eventually cuffed and escorted to 4pts by Co. logan and Co.Deblois. Where he was assessed by nursing end of INR.

---

**Recommendations:**

**Resolution:** Taser cartridge placed in evidence - Sgt. Donlagic [signature]

[signature]
**Staff's Signature**

01-22-19
**Date**

State of New Hampshire
Department of Corrections

Incident Report



**Clients Involved:**

| Client Name | Action Taken | Injury Source | Restraint Used |
|---|---|---|---|

**Staff Involved:**

| Staff Name | Injury Source |
|---|---|

**Civilians Involved:**

| Civilian Name | Injury Source |
|---|---|

**Visitors Involved:**

| Visitor Name | Injury Source |
|---|---|

State of New Hampshire

Department of Corrections

Incident Report



Evidence Photos:

# State of New Hampshire



Department of Corrections
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

STATEMENT FORM

ON 01/22/2019 (DATE) AT 1840 (Time) AT SPU Infirmary Cell 5 (Place)

I CO DeBlois (Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS/REPORTS.

On the above date and approximate time Resident Soler, William ID# 42507 was standing on his shelf swatting his light and threatening staff he would also jump if necessary. Resident Soler refused to get down and would not come to the door to cuff up. At this time C.O. Logan, C.O. Seabron and I (C.O. DeBlois) opened the door to go in and get him down. At this time resident Soler swatted at C.O. Logan with his shoe. C.O. Logan grabbed resident Soler and pulled him down towards the floor and resident Soler went to the ground where his mattress was and was refusing to put his hands behind his back. C.O. Seabron Tased resident Soler and C.O. Logan got Soler to put his hands behind his back and at this time I C.O. DeBlois handcuffed Soler double locking the cuffs. Once Cuffed Soler was picked up by C.O. Logan and I and brought over to the restraint room where he was placed in 4 point restraints by Nursing and Security.

End of Statement

[signature] C.O. DeBlois J.N.

# State of New Hampshire



Department of Corrections
P.O. Box 1806
Concord, NH 03302-1806
(603) 271-5600

STATEMENT FORM

ON 1/22/19 (DATE) AT 21;20 (Time) AT SPU/RTU, Security Office (Place)

I C/O Logan, Frank (Name)

THE FOLLOWING STATEMENT, WHICH IS THE TRUTH AND IS SIGNED UNDER THE CRIMINAL PENALTIES PROVIDED BY LAW FOR FALSE STATEMENTS/REPORTS.

On the date of 1/22/2019, at 18:40, Patient Soler, William was observed attempting to "break this Bitch", referring to the light in ISO # 5. I arrived at ISO #5 to witness Soler standing on the concrete shelf, attempting to hit his light. I instructed him to get down which he responded with "Fuck you Bitch". As additional staff arrived, Soler stated that Head would hit his head on the Bed and we (staff) would be dead and lose their jobs. To this writer it did appear that he was getting ready to jump off the shelf. I C/O Logan instructed C/O Deblois to unlock the door to the cell. I entered the cell to stop him for jumping, which at that time it was apparent that he was going to swing at me. I grappled him and brought him down to a sitting position on the shelf. I then brought him down to the floor, which at that time he refused to bring his hands out to be handcuffed. Officer Seabron then deployed the Taser. After the Taser stopped, I pulled his hands out from under him and placed handcuffs on him that Officer Deblois supplied. Deblois and myself then assisted him to a standing position, escorted him to four points, and secured his left wrist in the restraint. During the escort, before reaching the 4 pts room, Soler saw C/O Leger and stated: "Fuck you, you lying Cunt!" I told him to stop insulting staff and it was my perception that he was about to spit at Officer Leger. I grabbed his face and turned his head to face me. Applying pressure to the chin, which closed his mouth and raised his head which did stop any attempt to spit. I do not have any knowledge of this individual spitting at anyone at this time, but Staff safety and perception was determined immediately and preventive action was needed.

C/O Logan [signature]