*Court address*

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

6th Circuit - Probate Division - Concord
32 Clinton Street
Concord NH 03301

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## INVOLUNTARY ADMISSION ORDER

Case Name: **Involuntary Admission of William Soler**
Case Number: **317-2018-IN-00027**

After a hearing held on **February 8, 2018** and upon due consideration of the foregoing petition, the written report of the examining psychiatrist, and all the evidence, the Court finds by clear and convincing evidence that **William Soler** is in such mental condition as a result of mental illness as to create a potentially serious likelihood of danger to himself and/or others and the Court hereby orders that the said **William Soler** be admitted to the **Secure Psychiatric Unit,** (SPU) Concord, New Hampshire on an involuntary basis for a period of **five (5) years** pursuant to New Hampshire Revised Statutes Annotated 135-C with a conditional discharge when and if clinically appropriate.

**The court further orders that Dr. Drummond's report and all records he reviewed in preparation for his report are to be made available to them SPU for purposes of treatment or diagnosis.**

### FINDINGS:

1. As a result of an incident on August 24, 2017, William Soler was charged with one count of first degree attempted murder, first degree assault, and two counts of reckless conduct with dangerous weapon.
2. He was found not competent to stand trial and not restorable. A petition for involuntary commitment was filed by the Merrimack County Attorney's office. This hearing results.
3. The victims of the August 24, 2017 incident testified credibly to the attempt by William Soler to run them over with his Kia Soul. William Soler does not deny the events of that day; he turned himself into the police and described what he had done. He stated in the courtroom to one of the witnesses that he was sorry and had he not suffered enough by being in jail for six months?
4. Court appointed counsel was present in the courtroom, but William Soler consistently refused the assistance of counsel.
5. William Soler has a diagnosis of Paranoid Schizophrenia. He received a long acting injectable medication while he was in treatment with various mental health centers most recently Riverbend CMHC in Concord, NH. He was apparently compliant with receiving the injection. When this incident took place in August he

was in treatment and on long acting medications. It is noteworthy that when he was being adequately treated (to the clinicians thinking) these dangerous behaviors occurred.
6. William Soler has stopped taking medication since his incarceration. He believes he is the subject of a wide ranging conspiracy that has been active since at least 1995. He believes he is always under surveillance in the community, in the hospital and in the jail. He told the court that the conspiracy was started by his brother and other people got involved over the past 23 years, at least since 1995 and may have gone back further.
7. Evidence was presented from the county jail that William Soler continues to make threats against officers and other inmates.
8. Dr. Drummond testified that William Soler's dangerous behavior is recurrent threatening, the attempted murder last August and poor insight into his illness. William Soler does not believe he has a mental illness and does not believe he needs treatment. The likelihood that he would develop insight is very low.
9. William Soler provided the Court with documentation that he believed would demonstrate the existence of the conspiracy. After review of the documentation, the court is unable to find that proof.
10. The court appointed psychiatrist has recommended a five year commitment to the Secure Psychiatric Unit. Dr. Drummond testified that there is no less restrictive setting for the Respondent at this time.

February 9, 2018
Date

Judge Barbara A. M. Maloney

You have a right to appeal this Order. To claim you appeal, you must file a Notice to Appeal, accompanied by 8 copies of the Notice to Appeal, with the Clerk of the New Hampshire Supreme Court within thirty (30) days of the date this Order was sent to you. Any appeal to the New Hampshire Supreme Court should be addresses as follows:

Clerk of Court, New Hampshire Supreme Court
One Charles Doe Drive
Concord, NH 03301