

**STATE OF NEW HAMPSHIRE**

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

*NEW HAMPSHIRE HOSPITAL*

Jeffrey A. Meyers
Commissioner

Lori A. Shibinette
Chief Executive Officer

36 CLINTON STREET, CONCORD, NH 03301
603-271-5300   1-800-852-3345 Ext. 5300
Fax: 603-271-5395   TDD Access: 1-800-735-2964
www.dhhs.nh.gov

~~Referral~~ letter

7-12-19

Rec. on 08/14/19 (Wed.)

Dr Alex de Nesnera,
Chief Medical Officer
New Hampshire Hospital

Dear Dr DeNesnera,

At your request, I met with Mr William Soler at the Secure Psychiatric Unit on July 3rd, 2019, in order to give on opinion as to whether Mr Soler is appropriate for transfer to New Hampshire Hospital.

Mr Soler is a 43 yo man with history of schizophrenia, who was charged with attempted murder, first degree assault and reckless conduct, following an incident which occurred in August 2017 in which he attempted to hit a worker at a Mobil Gas Station in Concord with his vehicle. Mr Soler was found incompetent to stand trial, and not restorable, and he received a 5 year probate commitment that expires 2/8/23. Of note, Mr Soler has past legal charges as well including criminal threatening, an arson charge and hitting 2 police officers with his vehicle in 2011 when they were working a traffic detail.

When I met with Mr Soler at the SPU on 7-12-19, he continues to show severe symptoms of psychosis, and poor insight into having a mental illness. He told me his problems began in 2001, when there was a "conspiracy started by my brother, Donald Trump and celebrities." Regarding the worker at the Mobil Gas Station, he said, "I tried to run her over." He said, "I was trying to scare her for discriminating against me." He said the woman "lied to police," and "A lawsuit is coming."

Mr Soler says he has "never had a mental illness," despite records indicating his diagnosis of schizophrenia. He continues to believe there is a conspiracy against him, in which others are harassing him. He believes there are conspirators at the SPU currently.

Dr Edward Drummond completed a psychiatric evaluation of Mr Soler on 1-30-18. He assessed that Mr Soler had a diagnosis of paranoid schizophrenia. Of note, Dr Drummond asked Mr Soler about the events that led to his arrest, and Mr Soler replied with statements about his concerns about the conspiracy, including: "I caught this conspirator, or at least a bigot, red-handed and I'm going to let her have it."

Mr Soler is being treated with 2 antipsychotic medications including prolixin decanoate and Risperdal consta, but the most recent serum levels of both were low (prolixin level = 1.8 with reference range 1.0 to 10.0, on 3/4/19; risp + 9-OH = 12 with reference range 20 to 60, on 2/11/19).

In conclusion, my opinion is that Mr Soler is still experiencing severe psychotic symptoms with persistent delusions that many people around him are part of a conspiracy against him. He has poor insight into having a mental illness. He has a history of engaging in dangerous behaviors toward others based on these delusions. Therefore, he does not appear to be safe to transfer to NHH at this time.

*The Department of Health and Human Services' Mission is to join communities and families
in providing opportunities for citizens to achieve health and independence.*

It is my recommendation that his SPU treatment team consider increasing his prolixin dose and/or Risperdal dose to achieve increased serum prolixin and/or Risperdal levels. Another option would be to consider a trial of clozapine given that his psychotic symptoms have not adequately improved despite multiple antipsychotic trials. Finally, given his history of multiple episodes of dangerous behaviors towards others related to his mental illness, I would recommend a formal risk assessment be completed to assess his safety to transfer to New Hampshire Hospital in the future.

Thank you very much for asking me to meet with Mr Soler.

Dr Jack Hinck
Attending Psychiatrist H Unit
New Hampshire Hospital

*Jack Hinck MD*

Eric Vangelder
phone number
224-8041