UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

William Soler Justice,

       Plaintiff,

v.                                                    Civil No. 1:20-cv-00517-PB

Christopher T. Sununu, et al.,

       Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DECLARATION OF   Samantha Goulet**

I, Samantha Goulet, with personal knowledge, hereby declare, pursuant to Federal Rules of Civil Procedure 56(c)(4) and 28 U.S.C § 1748, as follows:

1. I am providing this declaration in support of the Defendants' Motion for Summary Judgment in the above-captioned case.

2. Samantha Goulet Medical Records Supervisor for the NH Department of Corrections (NHDOC). I oversee all functions of the medical records department.

3. The NH Department of Corrections (NHDOC) has compiled and produced Plaintiff's medical record from the time that he was housed at the Secure Psychiatric Unit in 2018 and 2019.

4. These records were made at or near the time of the medical event by Plaintiff's medical providers. The records were created and kept in the regular course by the NHDOC.

5. The medical records identified and described below are true and accurate copies of the described-document, for the dates indicated:

| Exhibit | Description / Bates No. |
|---|---|
|  |  |

| Exhibit 1: Medical Records dated 2.18.2018 | <ul><li>SOAP Notes (DOC_1334-1336);</li><li>Post-Use of Force (DOC_1355-1357);</li><li>Involuntary Emergency Treatment Authorizations (DOC_1413-1417);</li><li>Safety Emergency Intervention Order (DOC_1418-1420);</li><li>Psychiatric Progress Notes (DOC_2646-2655)</li></ul> |
|---|---|
| Exhibit 2: Medical Records dated 4.10.2018 | <ul><li>SOAP Notes (DOC_1314-1316)</li><li>Post Pepper Spray (DOC 1352-1354)</li></ul> |
| Exhibit 3: Medical Records dated 7.13.2018 | <ul><li>SOAP Notes (DOC_1294-1295);</li><li>Post Use-of-Force (DOC_1345-1348);</li><li>Post Pepper Spray (DOC_1349-1351)</li></ul> |
| Exhibit 4: Medical Records dated 1.22.2019 | <ul><li>SOAP Notes (DOC_1256-1260);</li><li>Post Use of Force (DOC_1342-1344);</li><li>Involuntary Emergency Treatment Authorization (DOC_1394-1396);</li><li>Personal Safety Emergency Intervention Order (DOC_1397-1399)</li></ul> |

**I declare under penalty of perjury that the foregoing is true and correct. Executed on the date listed below.**

Date:    11/7/2025

/s/ Samantha Goulet

Samantha M. Goulet