UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************
William Soler Justice,              *
                                    *
            Plaintiff,              *
      v.                            *    Civil No. 1:20-cv-00517-PB
                                    *
Christopher T. Sununu, et al.,      *
                                    *
            Defendants.             *
                                    *
*************************************
```

**RESPONSE TO COURT'S ENDORSED ORDER RE [163]**

The New Hampshire Department of Justice, Office of the Attorney General ("AGO"), hereby responds to this Court's December 8, 2025 Endorsed Order Re [163] as follows:

The AGO does not have a unit number for Nathaniel Seabron at the 414 S. Cleveland St., Oceanside, CA address.

                                          Respectfully submitted,

                                          NH DEPARTMENT OF JUSTICE
                                          THE OFFICE THE ATTORNEY GENERAL

                                          JOHN M. FORMELLA
                                          ATTORNEY GENERAL

Dated: December 22, 2025          /s/ Catherine A. Denny
                                          Catherine A. Denny, Bar #275344
                                          Assistant Attorney General
                                          Civil Bureau
                                          NH Department of Justice
                                          1 Granite Place South
                                          Concord, NH 03301
                                          catherine.a.denny@doj.nh.gov
                                          (603) 271-1354

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the foregoing to be sent by email and first-class mail to Plaintiff at 51 Storrs St., #310, Concord, NH 03301 on the date below.

Date: December 22, 2025           /s/ Catherine A. Denny
                                         Catherine A. Denny