UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Civil №. 1:20-cv-00517-PB

William S. Justice (Plaintiff)
v.
Christopher T. Sununu, et al. (Defendants)

REPLY TO THE COURT'S ENDORSED ORDER RE [163]

Based on internet searches, the Plaintiff (William S. Justice) has obtained the unit# to Defendant's (Nathaniel Seabron), address, which is: 414 S. Cleveland St., Unit 103, Oceanside, CA 92054.

Respectfully submitted,

*William S. Justice* 01/06/26 (Tues.)
William S. Justice

C: Catherine A. Denny, AAG; Wanda Duryea (guardian)

DISTRICT OF NH
FILED

2026 JAN -6 P 3:12

24 HOUR DEPOSITORY

William S. Justice
51 Storrs Street, #310
Concord, NH 03301

U.S. Dist. Court (Dist. of NH)
55 Pleasant Street, Rm. 110
Ofc. of the Clerk of Court
Concord, NH 03301
ATTN: Jennifer Bartlett (Case Manager)