## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

William Soler Justice,                     *
                                       *
       Plaintiff,          *
   v.                              *          Civil No. 1:20-cv-00517-PB
                                       *
Christopher T. Sununu, et al.,             *
                                       *
       Defendants.         *
                                       *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT NATHANIEL SEABRON'S MOTION TO EXTEND
## DEADLINE TO FILE ANSWER OR OTHER RESPONSIVE PLEADING

NOW COMES the Defendant, Nathaniel Seabron, by and through his undersigned counsel, and pursuant to LR 7.2(a), hereby request this Court to extend the deadline for the filing of his answer or other responsive pleading by sixty days, up to and including April 13, 2026, and in support thereof, state as follows:

1.     The U.S. Marshall served Mr. Seabron, who currently resides in California, with a copy of the summons, the amended complaint (ECF No. 131), and the addendum to the amended complaint (ECF No. 132) on January 22, 2026.  ECF No. 163.

2.     In accordance with Fed. R. Civ. P. 12(a)(1)(A)(i), Mr. Seabron's deadline to file his answer or other responsive pleading was February 12, 2026.

3.     On February 13, 2026, Mr. Seabron spoke with the undersigned counsel by phone and confirmed his assent to be represented by the New Hampshire Office of the Attorney General pursuant to RSA 99-D.

4.      The complaint and addendum each consist of over twenty separate documents and state several claims arising from four alleged use of force incidents that occurred five years prior to the date that Mr. Seabron was served.

5.      Given this delay, together with the volume of allegations set forth in the complaint and addendum, Mr. Seabron needs additional time to confer with the undersigned counsel in order to prepare an adequate response.

6.      Accordingly, Mr. Seabron respectfully requests this Court for an extension of time for the filing of his answer or other responsive pleading by sixty days, up to and including April 13, 2026.

7.      In light of the time sensitive nature of the relief requested herein, Plaintiff's assent to this motion has not been sought.

8.      All deadlines set forth in the operative discovery plan for this case expired before Mr. Sebron was served.  As such, a new discovery plan with respect to the claim asserted against Mr. Seabron will be needed.

WHEREFORE, Mr. Seabron respectfully requests this Court for an extension of time for the filing of his answer or other responsive pleading by sixty days, up to and including April 13, 2026, together with such other and further relief as this Court deems just and proper.

Respectfully submitted,

NATHANIEL SEABRON

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated: February 18, 2026          /s/ James H. Holl
                                   James H. Holl, Esq., Bar No. 279633
                                   Assistant Attorney General
                                   Civil Litigation Unit
                                   New Hampshire Department of Justice
                                   1 Granite Place South
                                   Concord, NH 03301
                                   (603) 271-3658
                                   james.h.holl@doj.nh.gov

## CERTIFICATE OF SERVICE

I, James H. Holl, hereby certify that on this date, I caused a true copy of the foregoing to be sent to the Plaintiff, William Soler Justice, by U.S. mail, postage pre-paid, to his address listed below as follows:

William Soler Justice
51 Storrs Street, # 310
Concord, NH 03301

Dated:  February 18, 2026          /s/ James H. Holl
                                   James H. Holl, Esq.