**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

William Justice,                              \*
                                              \*
                 Plaintiff,                   \*
        v.                                    \*        Civil No. 1:20-cv-00517-PB
                                              \*
Christopher T. Sununu, et al.,                \*
                                              \*
                 Defendants.                  \*
                                              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NATHANIEL SEABRON'S ANSWER TO AMENDED COMPLAINT

Defendant Nathaniel Seabron, by and through his counsel, the New Hampshire Office of the Attorney General, answers and responds as follows to Plaintiff William Soler Justice's Amended Complaint (ECF No. 131).

## ADMISSIONS & DENIALS

Defendant generally denies the allegations Plaintiff sets forth in his Amended Complaint. See Fed. R. Civ. P. 8(b)(3).  As such, any allegation not expressly admitted herein is denied. Where Defendant lacks knowledge or information sufficient to form a belief about an allegation, Defendant so responds.  See Fed. R. Civ. P. 8(b)(5). As to any claims raised against defendants other than Seabron, Defendant lacks knowledge or information sufficient to form a belief about Plaintiff's allegations and to the extent a response is required, those claims are denied.

As to specific facts within Plaintiff's Amended Complaint, Defendant responds as follows:

¶20: Admitted.

¶48: Defendant lacks sufficient information to admit or deny the first sentence of this paragraph; admits the second sentence of this paragraph; and lacks sufficient information to admit or deny the third sentence of this paragraph.

¶57: Denies the characterization of how Plaintiff was placed into four point restraints and the allegation of "modified the taser gun" but admits the remaining allegations.

As to the remaining paragraphs and factual assertions not previously addressed above, Defendant is without sufficient information to admit or deny and therefore denies.

## AFFIRMATIVE DEFENSES

In asserting the following affirmative defenses to Plaintiff's claims, Seabron does not concede that the assertion of such defenses imposes any burden of proof on Defendant with respect thereto.

1. **First Affirmative Defense:**  Plaintiff failed to file this Amended Complaint against Defendant within the statute of limitations; and Plaintiff's claims to not relate back to the filing of the initial Complaint.

2. **Second Affirmative Defense:**  The Plaintiff has not suffered any damages, as the damages alleged preceded any of the alleged accrual of claims brought by Plaintiff.

3. **Third Affirmative Defense:**  Defendant used reasonable force in self defense and for defense of others, including Plaintiff.

4. **Fourth Affirmative Defense:** Defendant has not violated Plaintiff's Fourteenth Amendment rights.

5. **Fifth Affirmative Defense:**  The Plaintiff's claims are barred and/or reduced by assumption of risk, and contributory and/or comparative fault.

6. **<u>Sixth Affirmative Defense:</u>** Defendant is entitled to assert all applicable immunities to Plaintiff's claims against him, including qualified immunity and official immunity.

7. **<u>Seventh Affirmative Defense</u>:**  Plaintiff has failed to state a claim upon which relief may be granted.

<u>**RESERVATION OF RIGHTS**</u>

Defendant presently has insufficient knowledge or information upon which to form a belief as to whether he may have other, as yet unstated, defenses or affirmative defenses. Defendant reserves the right to assert any additional defenses or affirmative defenses that discovery indicates may be appropriate.  Defendant likewise reserves the right to amend or to seek to amend this answer or the defenses asserted herein.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

A. Enter judgment in favor of Defendant;

B. Dismiss the operative complaint;

C. Grant such other and further relief as justice may require.

Respectfully submitted,

NATHANIEL SEABRON

By his attorney,

THE OFFICE OF THE ATTORNEY GENERAL

JOHN M. FORMELLA
ATTORNEY GENERAL

Date:  April 13, 2026            By: /s/ *James H. Holl*
James H. Holl, Bar No. 279633
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South

Concord, NH 03301
Phone: (603) 271-3658
E-mail: James.H.Holl@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system to all parties of record.

Date: April 13, 2026                    /s/ *James H. Holl*
                                        James H. Holl

- 4 -