UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

William Soler Justice, PLAINTIFF

V.

Christopher T. Sununu, et al., DEFENDANTS

Civil No. 1:20-cv-00517-PB

MOTION FOR THE COURT'S PERMISSION
TO INCLUDE MORE EVIDENCE

The Plaintiff (Mr. Justice) humble and respectfully ask this HONORABLE Court to include NH Prisoner & Love One's Survival Manual (a manual authored by the plaintiff about his most recent experience being confined at the SPU), as evidence against the defendants. This is the relief that the plaintiff seeks from this HONORABLE Court.

I have (or will) mail copies of the survival manual to the defendants' counselors (Ms. Catherine Denny and Mr. James Holl).

05/18/26 (Mon.)    Respectfully submitted,

William S. Justice