# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

William Soler Justice, Plaintiff

vs.

Christopher T. Sununu, et al., Defendants

Docket # 1:20-cv-00517-PB
Date: 07/17/26 (Fri.)

## MOTION TO KEEP COURT INFORMED OF THE LATEST DEVELOPMENT IN THIS CASE BY THE PLAINTIFF

The Plaintiff, Mr. Justice, is including with this document, a copy of the list of interrogatories he is asking of the LATE entry defendant, Ofc. Nathaniel Seabron. This is the plaintiff's attempt to keep this HONORABLE Court informed with the latest development of this case.

The relief that the plaintiff seeks from this HON. Court, is that they honor and accept these documents as delivered to them. Thank you to this HON. Court for their time, effort, and anticipated professionalism.

William S. Justice

07/17/26 (Friday)

Defendant Ofc., Nathaniel Seabron,
James H. Holl, AAG (defendant's counsel)
Docket# 1:20-cv-00517-PB

Dear Atty. Holl:

Below are the interrogatories (under penalty of perjury) that I have for your client, Ofc. Seabron:

1. Ofc. Seabron, were you aware of the fact that William Soler, Jr. (now known as) William Soler Justice, believes that prison/SPU staff were conspiring with President Donald Trump against Mr. Soler while Mr. Soler was a patient at the SPU?

2. Was there ever any communication among prison/SPU staff about the validity of Mr. Soler's claim that Donald Trump was colluding with prison/SPU staff against Mr. Soler?

3. Ofc. Seabron, did you ever tase William Soler, Jr.? Did you ever tase him more than once?

4. Are you aware, Ofc. Seabron, that it is a violation of the NH Patient Bill of Rights for any prison/SPU staff member to tase a patient, such as William Soler, Jr.?

5. Ofc. Seabron, are you aware of prison/SPU staff ever using technology that allowed staff to read Mr. William Soler, Jr's. mind/thoughts?

6. Did you ever associate the name of this person, Dianna Montalvo (or a similar name), with Mr. William Soler, Jr.?

7. Ofc. Seabron, are there any witnesses in your favor, to corroborate your version of incidents? What are your witnesses names?

END OF INTERROGATORIES

Respectfully,

*William S. Justice*
William S. Justice

C: Judge Paul Barbadoro; Catherine Denny, AAG; Wanda Duryea (guardian)

51 Storrs Street, #310
Concord, NH 03301

U.S. District Court (NH)
55 Pleasant Street, Rm. 110
Office of Clerk of Court
Concord, NH 03301

DISTRICT OF NH
FILED
2026 JUL 16 P 4: 3
24 HOUR DEPOSITOR

Attn. Jennifer Bartlett (Case Manager