FILED 7/31/26 8/1/26

U.S. DISTRICT COURT
24-HOUR DEPOSITORY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

William Soler Justice v. Christopher T. Sununu, et al,
(Plaintiff)                    (Defendants)

Docket No. 1:20-cv-00517-PB

## MOTION TO WITHDRAW THIS LAWSUIT

I, William Soler Justice, humbly ask this HONO-RABLE Court to withdraw this lawsuit against the Defendants effective immediately.

This is the relief that the Plaintiff seeks of this HONORABLE Court. Thank you and God BLESS.

Dated: August 1, 2026 (Sat.)

William S. Justice
William S. Justice

U.S.M.S. GENERAL

DISTRICT OF NH
FILED
2026 JUL 32  P
4 HOUR DEPOSIT

(Attn. Jennifer Bartlett)

William S. Justice
51 Storrs Street, #310
Concord, NH 03301

U.S. District Court/District of NH
55 Pleasant Street, Rm. 110
Office of Clerk of Court
Concord, NH 03301