FILED _Aug 6, 2026_

**U.S. DISTRICT COURT
24-HOUR DEPOSITORY**

U.S. DIST. COURT (DIST. OF NH)

William Soler Justice, Plaintiff

vs.

Christopher T. Sununu, et al, Defendants

Case No.  1:20-cv-00517-PB

Date: August 6th, 2026 (Thursday)

MOTION TO OBTAIN THE TRANSCRIPT FROM WHERE JUDGE BARBADORO QUOTED THE
PLAINTIFF FROM, DURING THE WEDNESDAY, AUGUST 05, 2026 EMERGENCY HEARING

The Plaintiff, William S. Justice, respectfully request of this Honorable Court a copy of the
transcript where Judge Paul Barbadoro quoted a passage from a written statement during
hearing, supposedly written by Plaintiff, so that way the Plaintiff can further inspect and confirm
its authenticity.

This is the relief that this humble plaintiff request of this HONORABLE Court.

Respectfully,

_William S. Justice_

William S. Justice

C: Catherine Denny, AAG; James Holl, AAG; Wanda Duryea (Guardian)

William S. Justice
51 Storrs Street, #310
Concord, NH 03301

DISTRICT OF NH
2026 AUG 26 PM 12: 18
24 HOUR DEPOSITORY

USMS SCREENED

USMS SCREENED

U.S. Dist. Court (Dist. of NH)
55 Pleasant Street, Rm. 110
Office of Clerk of Court
Concord, NH 03301