# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

William Soler Justice Pro se
_____

Plaintiff(s)

v.                                           Case No. 1:20-CV-00517-PB
                                             _____

Christopher T. Sununu, et al.
_____

Defendant(s)

FILED - USDC -NH                Renew motion
2024 FEB 12 PM 4:32
MOTION TO/FOR injunction to prevent placing civilly committed in SPU
_____

PLAINTIFF REQUESTS TO REINSERT request for injunction to prevent the state of NH from placing civilly committed non-convicted patients in NHDOC SPU. At the time of the R&R Plaintiff believed his Conditional Discharge(CD) would expire, however the state of NH has renewed the CD.

It has become public that NH has no competency restoration. Therefore this issue is capable of repetition yet evading review. Plaintiff at anytime in the next 4 years can be returned to SPU, despite the lack of any program to restore his competency. The recent charging of a corrections officer with the murder of a patient in SPU clearly shows it is unsafe, inadequate and not therapeutic

Wherefore plaintiff prays the injunction request be reinstated to this lawsuit..

Date: 02/12/2024 (Mon)        8/12/2026            Wanda Duryea Guardian

_William Justice_                                  _Wanda Duryea_
Signature

USDCNH-101 (Rev. 2/26/13)

# MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☒ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

# CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☒ I have NOT attempted to obtain concurrence/agreement because it is not required.

# CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

Person(s) served electronically (via ECF):

Person(s) served by mail. Please include address(es):

Person(s) served by hand:

The federal courthouse on 55 Pleasant St./Concord, NH 03301

Date of Service: 02/12/24 (Mon.)

Signature: *William S. Justice*

Name: William S. Justice

Address: 51 Storrs Street, #310
Concord, NH 03301

Phone: 603-931-6357

Email: gentlegiant03301@yahoo.com