**CONCORD HOSPITAL**

**Concord Hospital**
250 Pleasant Street
Concord, NH 03301-2598

| | |
|---|---|
| Patient: | **JUSTICE, WILLIAM S** |
| MRN: | ▮▮▮▮ |
| FIN: | ▮▮▮▮ |
| DOB/Age/Sex: | ▮▮▮ ▮▮▮ Male |
| Location: | ED; ED34; A |

Admit Date/Time:      8/10/2026 15:48 EDT
Discharge Date/Time:
Admitting: Zhalkovska,Olga MD
Copy To:   User,Consumer Cerner

---

## *Consultation Notes*

Document Type:            Behavioral Health Consultation
Service Date/Time:        8/11/2026 12:52 EDT
Result Status:            Auth (Verified)
Document Subject:         BEH ED Initial Psychiatric Note
Sign Information:         Zhalkovska,Olga MD (8/11/2026 13:35 EDT)

This note was dictated using Dragon voice recognition

### Source of History

x_ Chart
x_ Patient
x_ RN
x_ CHEMA
x_ Security
_ Med MD
x_ ES
_ Other:



### Chief Complaint

Pt did not take his meds 8/1 and 8/8 and also threatened receptionist at the medical records department.

### History of Present Illness

Patient is ▮▮▮-old single disabled unemployed male with long history of paranoid schizophrenia, well-known to Riverbend as ACT client on two long-acting injectable antipsychotics/Haldol dec and Risperdal Consta additionally to oral psychotropics who been brought to CH ED by police on conditional discharge revocation due to missing 2 med appointments as well as progressive psychiatric decompensation.

Per ED provider note, male patient with past medical history notable for paranoid schizophrenia, type 2 diabetes, and ▮▮▮ brought to the emergency department by police for compulsory mental health evaluation.  He is on a conditional discharge from NHH and per treatment team has missed several appointments for medication dosing in recent weeks.  In addition, he was apparently aggressive and threatening with a medical record receptionist in the Riverbend offices.  In light of this, treatment team completed petition for revocation of conditional discharge and police brought him here for further evaluation.  He states that he is unsure of why he is here.  He denies any acute complaints at this time.  He specifically denies any somatic complaints and denies any recent illness or injury.  He denies any alcohol or substance use.  He denies hallucinations or SI/HI.  After medical clearance, patient been assessed by Riverbend clinician and hold on CDR at CH ED yellow pod for further observation and disposition plan.

### Behavioral Health Histories

Past Psychiatric History Details

08/11/26 13:22:00
The patient has been previously diagnosed with schizophrenia-paranoid type. He has a significant mental health history. He was committed to the secured psychiatric unit after he

---

**Concord Hospital**

Patient Name:    JUSTICE, WILLIAM S

MRN: ▮▮▮▮▮▮▮                               Admit:    8/10/2026
FIN: ▮▮▮▮▮▮▮                               Disch:
DOB/Age/Sex: ▮▮▮▮  ▮▮▮▮    Male          Admitting: Zhalkovska,Olga MD

---

## *Consultation Notes*

had received charges for first degree attempted murder, after he had tried to run over somebody with his car. He eventually was transferred to New Hampshire hospital, and from there eventually was discharged to the community with a conditional discharge. He is a Riverbend CSP ACT team client. He sees Leanne Booth APRN for medication management. He sees Christian beers for case management. He is currently prescribed Haldol Decanoate 200 mg IM every 3 weeks, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ IM every 2 weeks. Historically, he has struggled with medication compliance. He also has historically struggled with poor insight, and does not believe he has mental illness. Patient had similar presentation on conditional discharge revocation in 2023.
=========================================================

Substance Use Details

08/11/26 13:22:00
Patient denies tobacco, alcohol, or illicit substance use.
Urine toxicology was negative
=========================================================

Legal and Violence History

08/11/26 13:22:00
The patient has a history of attempted murder in 2017 after he had attempted to run several people over at a mobile station with his car, after being rejected for a job opening. He also has a history of attempting to run a police officer over in 2011. He also has a history of assault. He recieved charges for the incident in 2017 that included first degree attempted murder, first degree assault, and 2 counts of reckless conduct with a dangerous weapon. Ultimately, he was found not competent to stand trial and was subsequently admitted to the secure psychiatric unit.
=========================================================

Family Psychiatric Details

08/11/26 13:22:00
Unable to be obtained
=========================================================

Developmental/Social Details

08/11/26 13:22:00
The patient currently resides in Concord, New Hampshire, has public guardian, on disability and is unemployed.

**Exam**



General Appearance: Good hygiene, appropriately dressed in significant emotional distress
Sensorium: Awake and alert

Home
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

**Concord Hospital**

Patient Name:    JUSTICE, WILLIAM S
MRN:    ██████████
██ ████████1    Disch:
DOB/Age/Sex:    ██████ ██ years    Male    Admitting: Zhalkovska,Olga MD

## *Consultation Notes*

Cognition: Memory grossly intact
Attitude/Behavior: Hostile, easily agitated
Psychomotor: Fidgety and restless at times
Eye Contact: Intermittent
Speech: Fluent, pressured at times
Mood: Dysphoric
Affect: Labile
Thought Process (observed): Ruminative, perseverative
Thought Content: Paranoia
Non-Suicidal Self-Injurious: Currently denies
Acute Suicidal Ideation: Currently denies
Chronic Suicidal Ideation: Currently denies
Homicidal/Violent Ideation: Currently denies
Perception: Not been responding to internal stimuli during my assessment
Insight and Judgment: Impaired

**Lab Results**



**Imaging Results (Last 7 days)**
No qualifying data available.

**Diagnoses**
1:Noncompliance with treatment plan; 2:Threatening behavior; 3:Paranoid schizophrenia;
4:Involuntary commitment

**Status:**Unemployed
**Branch of Military:**Never in military
**Highest education:**High school

Exercise
**Minutes per day:**30
**Days per week:**1
**Physical Activity Intensity**Light
**Physical Activity:**Counseled to increase
physical activity
**Exercise type:**Walking

Home/Environment
**Lives with:**Alone
**Lives In:**Apartment
**Marital Status of Patient if Patient
Independent Adult:**Unmarried

Nutrition/Health
**Type of diet:**Regular
**Caffeine intake amount:**4
**Wants to lose weight:**Yes
**Counseled to attain healthy weight:**Yes

Substance Use
**Use:**Denies

Tobacco
**Use:**Never smoker
**Exposure to Secondhand Smoke:**No
Social History Summary

08/10/26 16:23:00
Marital Status: Single ; Children: 0 ; Living
situation:Recently got apartment but not
staying there yet because he has no furniture.
couch surfing since May 2015. Stays with
mother, father, neice, cousin. father has spare
bedroom"home base"; Support: Good social
support system; Support System: family ;
Education: GED ; Education Comments: some
college. ; Employment Status: Disabled on
disability ; Stressors: Financial situation ;
Stressors: would like to get a job.
 Smoking Status: never smoker.

Signed By: Warren, Desiree RN

**Family History**
Alzheimer's disease: Grandmother (P).
Cancer of colon: Mother.
Diabetes mellitus type 2: Mother and Father.
Liver disease: Brother.

**Health Status Family Member(s)**
Family History Summary

**Concord Hospital**

Patient Name:   JUSTICE, WILLIAM S
MRN:                                              Admit:      8/10/2026
FIN:                                              Disch:
DOB/Age/Sex:                    years       Male       Admitting: Zhalkovska,Olga MD

---

## *Consultation Notes*

### Assessment/Plan

Patient is ▇ year-old single disabled insured male with long history of paranoid schizophrenia on conditional discharge from New Hampshire State Hospital who is not been consistent with his outpatient mental health services by medicine 2 appointments with increased symptoms of paranoia/behavior dysregulation/threatening statements as result, his conditional discharge been revoke.  Today, patient presented at CH ED yellow pod, minimizing significance of his behavior on community, easily irritable with provider, blaming his outpatient Riverbend team, questioning his diagnosis of paranoid schizophrenia.

Medication:_med list see above, med reconciliation been completed, long-acting injectable Risperdal Consta will be delivered by outpatient Riverbend team later today
Safety Management:_regular observation per yellow pod, no changes in psychiatric plan of care
Legal Status CD Revocation #24.
Disposition Transfer to DRF when bed available.  Transfer will be to New Hampshire State Hospital when bed is available

Plan discussed with requesting medical provider:_CEMA

### Attestation

Greater than 50% of the 60 minute visit was spent in counseling and/or coordination of care.

Electronically Signed on 08/11/26 01:35 PM

_____

Zhalkovska, Olga MD

08/28/24 15:55:00
Mother: diabetes, thyroid disease. ; Father: diabetes. Alive. ; Paternal GM: arthritis ; Brother(s): 1/2 brother- deceased, liver failure.

Signed By: Clark, Mackenzie M MA

---