**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| William Soler Justice | * | |
| Plaintiff, | * | |
| v. | * | Civil No. 1:20-cv-00517-PB |
| Christopher T. Sununu, et al. | * | |
| Defendants. | * | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

I, Samuel RV Garland, hereby notify the Court of my Withdrawal as counsel for Defendants, Paula Mattis, New Hampshire Department of Corrections Commissioner, Helen Hanks, Benjamin Carver, and Page Kimball. Assistant Attorney General Catherine Denny will continue to represent the Defendants in this matter.

Respectfully submitted,

PAULA MATTIS, NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS COMMISSIONER, HELEN HANKS, BENJAMIN CARVER, AND PAGE KIMBALL

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: August 25, 2026

/s/ Samuel RV Garland

Samuel RV Garland, Bar #266273
Senior Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
samuel.rv.garland@doj.nh.gov

(603) 271-3650

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent, this day, to all parties and/or counsel of record via the Court's electronic filing system.

Conventionally served:

William Justice
51 Storrs Street, Apt. 310
Concord, NH 03301

/s/ Samuel RV Garland
Samuel RV Garland