08/19/26 (Wed)

Dear NH Board of Medicine:

William S. Justice

This grievance is against Riverbend psychiatrist, **Dr. Paul Brown**, who happens to be in cahoots with the **Donald Trump** conspiracy against me - Bill Justice. This grievance shall also be sent out to U.S. Attorney for the district of New Hampshire, **Erin Creegan**; NH Attorney General, **John Formella**; NH Governor, **Kelly Ayotte**; & U.S. Congresswoman, **Maggie Goodlander**. It is my hopeful and humble request that these aforementioned powerful individual leaders of this great state get ignited with an explosive passion for truth and justice by conducting an internal (and/or external investigation, if you wish) into the abuses endured by **William S. Justice** (me), and too, investigate this shady character, Paul Brown, of Concord's Riverbend Community Mental Health Center.

Numerous reasons why I, Bill Justice, assert that Dr. Paul Brown behaves himself in a suspicious and questionable manner regarding myself (his patient): From approximately June 2022 until Monday, August 10th, 2026 (4+ years) - the times I was in freedom. I have comported myself like a model citizen of a free society. For those 4+ years Brown and my in cahoots guardian, **Wanda Duryea**; **Judy** and **Bob** of Riverbend's Meds Support, as well as members of Riverbend's ACT team, including (but not limited to) Dr. Brown's right-hand goon and, too, my social worker/case manager, **Christian Beer**; ALL knew that I had not been taking the psychiatric medication (Haldol pills) on the weekends during those 4+ years. *"Did you decompensate?"* Of course not! In fact, I felt more alive and more energetic as a result of not taking the unnecessary psych. meds for a supposed mental-illness (schizophrenia) that does not exist in me (never has). *"So, the bottom line, Mr. Justice, is that since June 2022 (4+ years ago) when you were released from NH Hospital you have been involved in ZERO acts of violence and lived PEACEFULLY here in NH among other law-abiding citizens. Does that sound accurate Mr. Justice?"* CORRECT!!

That is until Monday, August 10th, 2026, Dr. Paul Brown (aka) *"Airhead"* amongst some Riverbend patients, sent his chief goon, Christian Beer, with the police to my Dad's home to embarrass and arrest me and get me immediately confined at Concord Hospital psychiatric

"yellow pod" holding unit for a week, on the basis of a MALICIOUS LIE (goon - **Kathleen Palmer**) and shady Dr. Brown's abuse of power.

If Brown were righteous (which he is NOT) the crooked psychiatrist should have immediately contacted his patient (me) and get his patient's side of the story, instead of just assuming his goon's (Kathleen Palmer) version was not a lie, which it was, and baseless in factuality. Dr. Brown, CONVENIENTLY for him, surmised that his patient committed a crime over the phone against his female Riverbend subordinate, goon Palmer, by a supposed criminal threat against the records dept employee (Palmer). *"Well, Mr. Justice, perhaps Paul Brown does not think that you are credible"*. Dr. Paul Brown has only spoken to me once in a period of over the last 4 months. And, that meeting lasted about 10 minutes or so. And, the sessions with Dr. Brown are about every 3 to 4 months and last about a DULL 10 minutes each. Dr. Paul Brown is in no way in a position to accurately judge Mr. Justice's personality or integrity (let alone his credibility), based on Dr. Paul Brown's limited and poor interaction with Bill Justice.

*"Why do you say that it was 'convenient' for the psychiatrist to assume the worst of you?"* Well, Brown has knowledge about the abuses suffered by Bill Justice (me) at the hands of the employees of the secure psychiatric unit (SPU) of the state prison, since according to Dr. Brown and his partner in crime, Wanda J. Duryea, Brown was employed by the prison as one of their psychiatrists during the time that another prison psychiatrist, **Dr. Wendy Martin** and her twin cohort (Bill Justice's cousin) **Mrs. Madeline LaRoche**, were working in the prison conspiring against Mr. Justice (once known as **William Soler, Jr.**). Dr. Paul Brown is cognizant of the fact that due to his collusive knowledge that he may wind up being called as a witness in Bill Justice's upcoming federal lawsuit cases against the SPU employees or the state criminal trial against one of the former correctional officers (**Nathaniel Seabron**) that abused me (Bill Justice) during Justice's last stint at the SPU. This fact makes Paul Brown nervous because he would have to take the stand and say the truth (something Brown is unaccustomed to doing). Dr. Brown is also afraid that he would have to admit to wrong-doing on his part by him having witnessed the paitient's (Bill Justice) inflicted abuse and not possessing the guts to speak up and expose the REAL conspiracy that has plagued and stressed out poor patient, Mr. William Soler Justice, for several DECADES (since Justice was a mere kindergartner).

William S. Justice

Since March or April of 2001 (pre 9/11) through the present day, the harassment by the

DONald TrumpED conspiracy against me, mr. william s. JUSTICE has intensified by a gargantuan extent, leaving the gentle giant of New Hampshire (Justice) in a planet full of pain, distress, and bafflement at times. This chronic anguish endured by Mr. Justice is what fiendish Paul Brown was counting on; that this gentle giant of a man, after being in and out of jails, prison, and hospitals a plethora of times due to the conspiracy's successful (but unlawful) entrapment plots against Bill Justice; would propel Justice to suicide - HHEEELL NO!! That just "ain't" going to happen (thank YOU Jesus!!!).

Paul Brown knew on Monday, August 10th, 2026, during Riverbend's treatment team meeting that I gave numerous documents to ACT team's John M. and Corina, over the previous weekends, which included a document that revealed that I had intentions of getting a custom-message shirt communicating the bulletin that Dr. Brown and a few of his Riverbend goons (**Sheila Mullen**; **Denise Fairbank**; **Kim Stevens**; & Christian Beer) are linked to the Donald Trump conspiracy against me (Bill Justice). Rather than face justifiable PUBLIC ridicule, because of the openness of the shirts, Dr. Brown reacted unethically by abusing his power and unjustifiably revoking my Conditional Discharge (CD) from NH Hospital by falsely claiming that William S. Justice was a probable menace to society at that particular moment in time and required to be imprisoned immediately, which was ILLEGAL on Dr. Brown's part because his real reason for the revocation is the ulterior motive of him hoping and praying (on his hands and knees) that I, Bill Justice, would have committed suicide when the routine ORDEAL (***police*** process) of revoking me would begin to take place and give me flashbacks of torturous deja vu (shame on you Paul Brown!).

Another example of Brown's shadiness can be illustrated way back in June 2022, when I was ready to leave NH Hospital (according to the hospital treatment TEAM) and resume my place in free New Hampshire. Paul Brown, as lead psychiatrist at Riverbend , refused me at Riverbend based on WEAK excuses. If it was not for the political pressures that forced Paul Brown, I, William S. Justice, would have never gotten released from NH Hospital.

William S. Justice

Finally, I hope you decent people (Board of Medicine; Formella; Creegan; Goodlander; & Ayotte) can grant me FREEDOM, JUSTICE, & MONEY, from the clutches of this evil conspiracy, ASAP! Thank you ALL and may God BLESS!!! {Holy Trinity)

Respectfully,

William S. Justice

William Soler Justice

Bill Justice/51 Storrs Street, #310/Concord, NH 03301/603-931-635 or 230-2441

08/29/26 (Saturday)

P.S. As of today, I have been granted freedom; now, all I need is JUSTICE & MONEY.

Carol E. O'Brien

**NOTARY PUBLIC**

CAROLYN E. O'BRIEN
NOTARY PUBLIC
STATE OF NEW HAMPSHIRE
-MY- COMMISSION EXPIRES DECEMBER 7, 2027

8/31/26

**DATE**

William S. Justice
51 Storrs Street, #310
Concord, NH 03301




FILED - USDC -NH
2026 SEP 2 AM10:50

JENNIFER BARTLETT (Case Manager)
U.S. District Courthouse
55 Pleasant Street, Rm. 110
Concord, NH 03301