**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**William Soler Justice**

v. Case No. 1:20-cv-517-PB

**Nathaniel Seabron et al.**

**ORDER**

This case will now be captioned William Soler Justice v. Nathaniel Seabron et al. William Soler, Jr. originally brought this complaint against New Hampshire Governor Christopher T. Sununu, the Department of Corrections, and several individual employees of the Department of Corrections on April 28, 2020. Doc. 1. Nathaniel Seabron was named in that original complaint, albeit under an incorrect spelling. Id. William Soler informed the Court that he had changed his name to William Soler Justice in June 2022. Doc. 23. The Court dismissed the claims against Governor Sununu, the Department of Corrections, and several other individual defendants in January 2023, leaving claims as to four supervisory defendants and five officer defendants, including Seabron. Doc. 31. In February 2025, Justice added five additional officer defendants, two of whom have been subsequently dismissed. Doc. 131; Dkt. Entry June 4, 2025. Accordingly, the

Court now renames the case to reflect the eight remaining officer defendants and four remaining supervisory defendants.

SO ORDERED.

/s/ Paul J. Barbadoro
Paul J. Barbadoro
United States District Judge

Date: September 10, 2026

cc: William Soler Justice, pro se
Counsel of Record