**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

***********************************
William Soler Justice, *
*
Plaintiff, *
v. * Civil No. 1:20-cv-00517-PB
*
Nathaniel Seabron, et al, *
*
Defendants. *
*
***********************************

**EXPEDITED MOTION TO CONTINUE SEPTEMBER 16, 2026 STATUS CONFERENCE**

Defendants Helen Hanks, Paula Mattis, Deborah Robinson, Carlene Ferrier, Frank Logan, III, Joshua Deblois, Benjamyn Carver, Page Kimball, and Nathaniel Seabron ("Defendants"), by and through undersigned counsel, hereby move to continue the status conference scheduled for September 16, 2026 and state as follows:

1. On September 10, 2026, the Court issued a Notice of Hearing for a status conference scheduled for September 16, 2026,
2. Counsel for the Defendants will be in trial in Merrimack Superior Court on September 14, 2026 through at least September 16, 2026, and unable to attend said hearing.
3. Defendants, therefore, respectfully request this Court to continue the status conference scheduled for September 16, 2026.
4. For scheduling purposes, counsel is unavailable September 25 and 28, 2026.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A. Grant this Motion;

B. Continue the September 16, 2026 Status Conference; and

C. Grant any further relief as justice so requires.

Respectfully submitted,

HELEN HANKS, PAULA MATTIS, DEBORAH ROBINSON, CARLENE FERRIER, FRANK LOGAN, III, JOSHUA DEBLOIS, BENJAMYN CARVER, AND PAGE KIMBALL

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: September 11, 2026

/s/ Catherine A. Denny
Catherine A. Denny, Bar #275344
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
catherine.a.denny@doj.nh.gov
(603) 271-1354

and

NATHANIEL SEABRON

By his attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: September 11, 2026

By: /s/ *James H. Holl*
James H. Holl, Bar No. 279633
Assistant Attorney General
New Hampshire Department of Justice
1 Granite Place South
Concord, NH 03301
Phone: (603) 271-3658
E-mail: James.H.Holl@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being conventionally mailed to Plaintiff at 51 Storrs St., #310, Concord, NH 03301.

*/s/ Catherine A. Denny*
Catherine A. Denny