**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| William Soler Justice, Plaintiff, | * | |
| v. | * | Civil No. 1:20-cv-00517-PB |
| Nathaniel Seabron, et al, Defendants. | * | |

**ASSENTED-TO EXPEDITED MOTION TO CONTINUE/RESCHEDULE SEPTEMBER 28, 2026 STATUS CONFERENCE**

Defendants Helen Hanks, Paula Mattis, Deborah Robinson, Carlene Ferrier, Frank Logan, III, Joshua Deblois, Benjamyn Carver, and Page Kimball ("Defendants"), by and through undersigned counsel, hereby move to continue the status conference scheduled for September 28, 2026 and state as follows:

1. On September 10, 2026, the Court issued a Notice of Hearing for a status conference scheduled for September 16, 2026.

2. Counsel for Defendants were in a jury trial in Merrimack Superior Court from September 14, 2026 through September 18, 2026, and filed an expedited motion to continue that hearing. ECF No. 187. In that motion to continue, filed on September 11, 2026, counsel for Defendants noted that they are <u>unavailable</u> on September 25 and September 28, 2026. The motion was granted, with a new status conference scheduled for September 28, 2026.

3. Counsel for Defendants respectfully request that this Court reschedule the hearing set for September 28, 2026, as counsel had previously scheduled travel outside of the State from September 25, 2026 through September 28, 2026.

4. Counsel for Defendants asked Plaintiff for his assent to the relief in this Motion via email. Plaintiff assents but notes that he would prefer an earlier status conference date.

WHEREFORE, Defendants respectfully request that this Honorable Court:

A. Grant this Motion;

B. Continue or reschedule the September 28, 2026 Status Conference; and

C. Grant any further relief as justice so requires.

Respectfully submitted,

HELEN HANKS, PAULA MATTIS, DEBORAH ROBINSON, CARLENE FERRIER, FRANK LOGAN, III, JOSHUA DUBLOIS, BENJAMYN CARVER, AND PAGE KIMBALL

By their attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: September 21, 2026

/s/ Catherine A. Denny
Catherine A. Denny, Bar #275344
Assistant Attorney General
Civil Bureau
NH Department of Justice
1 Granite Place South
Concord, NH 03301
catherine.a.denny@doj.nh.gov
(603) 271-1354

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being conventionally mailed to Plaintiff at 51 Storrs St., #310, Concord, NH 03301.

*/s/ Catherine A. Denny*
Catherine A. Denny