**U.S. DISTRICT COURT, DISTRICT OF NH**

**William Soler Justice, Plaintiff vs. Nathaniel P. Seabron, et al, Defendants**

FILED - USDC -NH
2026 OCT 19 PM3:58

**Civil No. 1:20-cv-00517-PB**

**MOTION FOR ADDITIONAL INFO REGARDING THE RECONSIDERATION OF NOT GRANTING C.O. FRANK LOGAN SUMMARY JUDGEMENT**

**The Plaintiff (Mr. William S. Justice) humbly and respectfully asked this HONORABLE Court to not grant correctional officer, Defendant Frank Logan, summary judgement, on the basis of all the untruthfulness of this character, Frank Logan. Frank Logan knew beforehand that the prison employees were not going to surrender any video/audio evidence against Logan to the Plaintiff (even though the Plaintiff requested the potential Discovery from the State in a timely matter). This is why Frank Logan decided to concoct a plethora of lies in his responses to the Plaintiff's interrogatories, because he knew that the Plaintiff would not be able to prove Logan's criminal behavior against the Plaintiff without this Discovery, thereby, making the matter a case of *his word against mine*, which would give the State and their hooligan defendant (Frank Logan) the winning hand.**

**ANY lawyer can expose Frank Logan's PERJURY. A good attorney shall get Logan HUNG.**

**About 2 months *before* the Plaintiff (very early March 2020) filed this lawsuit and from Mr. Justice's cellroom, the Plaintiff handwrote a truthful description of the 4 assaults that Defendant, Frank Logan, perpetrated against William Soler, Jr. (now known as) William Soler Justice, to his now Guardian (and then advocate), Ms. Wanda Duryea, which, as a convenience to this Court, I am including copies of that 7-page statement (on ORANGE paper).**

**This is the relief that William S. Justice (Plaintiff) seeks: that after careful review of the enclosed 7-page orange document, than, compared to Frank Logan's version of events; it shall infuriate the HONORABLE Court at the fact that obviously one of the sides (Plaintiff or Defendants) is lying, thereby, igniting a passion in the Court's MISSION (judgement) for the TRUTH.**

**Respectfully submitted,**

**Dated: Monday, October 12th, 2026**

William S. Justice

**William S. Justice**

**C: Catherine A. Denny, AAG; James H. Holl, AAG; Wanda J. Duryea, Guardian**